**FILED**
**NOVEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Lisa K. Fishering vs. City of Chicago, James Spratte, Terance Nalls & Eugene White | **07 C 6650** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
LISA K. FISHERING

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE NOLAN**

| NAME (Type or print) |
|---|
| Steven J. Rosenberg |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ [signature] |

| FIRM |
|---|
| STEVEN J. ROSENBERG, P.C. |

| STREET ADDRESS |
|---|
| 53 West Jackson Boulevard, Suite 224 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 02385813 | 312-362-0400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐