AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

LISA K. FISHERING, Plaintiff

V.

City of Chicago, James Spratte, Terance Nalls
& Eugene White, Defendants

CASE NUMBER: **07 C 6650**

ASSIGNED JUDGE: **JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE NOLAN**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

James Spratte
c/o City of Chicago
121 North LaSalle Street
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven J. Rosenberg, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

**(By) DEPUTY CLERK**

**November 27, 2007**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11/27/07 |
| NAME OF SERVER *(PRINT)* Donna Spears | TITLE Office Manager |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: City Clerk, Chicago
    Nancy Nieminski

    G  Returned unexecuted: _____

    _____

    _____

    G  Other (specify): _____

    _____

    _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/27/07      *[signature] Donna Spears*
               Date            *Signature of Server*

                           53 W. Jackson Blvd., #224
                           Chicago, IL 60604

                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.