IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA K. FISHERING, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6650 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| CITY OF CHICAGO, JAMES SPRATTE, | ) | |
| TERANCE NALLS and EUGENE WHITE | ) | Magistrate Judge Nolan |
| | ) | |
| | ) | JURY DEMANDED |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, City of Chicago (the "City"), by and through its attorney Mara S. Georges, Corporation Counsel of the City, pursuant to Federal Rule of Civil Procedure 6(b), and in agreement with plaintiff's counsel, moves this Court for an extension of time until Thursday, February 14, 2008, to answer or otherwise plead to plaintiff's Complaint. In support of this motion, the City states as follows:

1. On November 27, 2007, plaintiff filed her Complaint in the instant case against the City. The City executed service on November 27, 2007.

2. This case was recently assigned to the undersigned attorney.

3. This is the City's first request for an extension of time. This request for an extension of time is not brought for purposes of delay, but rather to ensure that an accurate response is filed on behalf of the City.

4. In order to ensure an accurate response to plaintiff's Complaint, further investigation will be required.

5. The City, hereby requests a 30-day extension of time to answer or otherwise plead

to Thursday, February 14, 2008.

6.   Plaintiff's counsel has agreed to the extension of time requested herein and will not be prejudiced if the requested extension of time is granted.

**WHEREFORE**, the City requests that the Court enter an order granting the City a 30-day extension of time to Thursday, February 14, 2008, to answer or otherwise plead to plaintiff's Complaint.

**DATED** at Chicago, Illinois on this 15th day of January, 2008.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the
City of Chicago


By:   **s/ Robert C. Rutherford, Jr.**
ROBERT C. RUTHERFORD, Jr.
MEGAN McGRATH
Assistants Corporation Counsel

Employment and Policy Litigation Division
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-7036 / (312) 742-3541

## CERTIFICATE OF SERVICE

    I certify that, on January 15, 2008, I caused a true and correct copy of **Defendant City of Chicago's Agreed Motion for an Extension of Time to Answer or Otherwise Plead** to be served on plaintiff by electronic filing.

    Steven J. Rosenberg, P.C.
    Abeer H. Zanayed
    53 West Jackson Boulevard, Suite 224
    Chicago, Illinois 60604
    (312) 362-0400

                                                                                 s/ *Robert C. Rutherford, Jr.*
                                                                                ROBERT C. RUTHERFORD, Jr.
                                                                                Assistant Corporation Counsel

Employment and Policy Litigation Division
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-7036