IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA K. FISHERING, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6650 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| CITY OF CHICAGO, JAMES SPRATTE, | ) | |
| TERANCE NALLS and EUGENE WHITE | ) | Magistrate Judge Nolan |
| | ) | |
| | ) | JURY DEMANDED |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Steven J. Rosenberg, P.C.
Abeer H. Zanayed
53 West Jackson Boulevard, Suite 224
Chicago, Illinois 60604
(312) 362-0400

**PLEASE TAKE NOTICE** that I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Agreed Motion for an Extension of Time to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Samuel Der-Yeghiayan, or before such other Judge sitting in his stead, in courtroom 1903, located at 219 S. Dearborn Street, on the **22nd day of January, 2008, at 9:00 a.m.** or as soon thereafter as counsel may be heard and then present the attached motion.

**DATED** at Chicago, Illinois on this 15th day of January, 2008.

                                    Respectfully submitted,
                                    MARA S. GEORGES
                                    Corporation Counsel of the
                                    City of Chicago

Employment and Policy Litigation Division
30 North LaSalle Street, Suite 1020          By:   **s/ *Robert C. Rutherford, Jr.***
Chicago, Illinois 60602                              ROBERT C. RUTHERFORD, Jr.
(312) 742-7036                                      Assistant Corporation Counsel