UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Lisa K Fishering
                Plaintiff,

v.                               Case No.: 1:07−cv−06650
                                      Honorable Samuel Der−Yeghiayan

City Of Chicago, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Defendant City Of Chicago's motion for extension of time to file answer or otherwise plead [15] is granted to and including 02/14/08 as to all defendants. Status hearing reset to 02/20/08 at 9:00 a.m. Status hearing set for 01/29/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.