IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA K. FISHERING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Der-Yeghiayan |
| v. | ) | Case No. 07 C 6650 |
| | ) | |
| CITY OF CHICAGO, JAMES SPRATTE, | ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on Wednesday, February 20, 2008, at 9:00 a.m., we shall appear before the Honorable Samuel Der-Yeghiayan in Room 1903, or any judge sitting in his stead in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Eugene White's Motion to Dismiss Under Rule 12(b)(6)**, a copy of which is hereby served upon you.

Dated: February 12, 2008          Respectfully submitted,

                                  EUGENE WHITE


                         By:   /s/Martin J. O'Hara
                               Martin J. O'Hara, #6229971
                               Attorney for Defendant
                               Quinlan & Carroll, Ltd.
                               30 N. LaSalle Street, Suite 2900
                               Chicago, IL 60602
                               phone: (312) 263-0900
                               fax: (312) 263-5013
                               email: mohara@qclaw.com

253036v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2008, I electronically filed this **NOTICE OF MOTION** with the Clerk of the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all parties listed on the attached Service List:

      /s/Martin J. O'Hara
      Martin J. O'Hara, #6229971
      Attorney for Defendant
      Quinlan & Carroll, Ltd.
      30 N. LaSalle Street, Suite 2900
      Chicago, IL 60602
      phone: (312) 263-0900
      fax: (312) 263-5013
      email: mohara@qclaw.com

**SERVICE LIST**

Steven J. Rosenberg
Abeer H. Zanayed
Steven J. Rosenberg, P.C.
Attorneys for Plaintiff Lisa K. Fishering
53 West Jackson Boulevard, Suite 224
Chicago, IL 60604
(312) 362-0400
(312) 431-8694 (fax)
email: stevenj@sjrosenberg.com


Alec Meacham McAusland
Assistant Corporation Counsel
Individual Defense Litigation Division
City of Chicago Law Department
Attorney for Defendants Terance Nalls & James Spratte
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-6437
email: amcausland@cityofchicago.org


Robert Rutherford
Megan K. McGrath
Corporation Counsel
City of Chicago, Law Department
Attorneys for Defendant City of Chicago
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-7036
email: robert.rutherford@cityofchicago.org
email: megan.mcgrath@cityofchicago.org