UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LISA K. FISHERING,                           )
                                             )
     Plaintiff,                          )
                                             )
vs.                                          )   Judge Der-Yeghiayan
                                             )   Case No. 07 C 6650
CITY OF CHICAGO, JAMES SPRATTE   )
TERANCE NALLS and EUGENE WHITE, )             Magistrate Judge Nolan
                                             )
     Defendants.                         )

## JOINT JURISDICTION REPORT

Having conferred among themselves and pursuant to this Court's standing order, the parties hereby submit the following Joint Jurisdiction Report:

### I.    Subject Matter Jurisdiction

This action arises from the alleged misuse of the Chicago Police Department and specifically, defendants Terance Nalls ("Nalls") and James Spratte ("Spratte"), as a collection agency for private debts. Count I (unlawful arrest and imprisonment against defendants Spratte, Nalls and the City of Chicago) alleges violations under 42 U.S.C. §1983 (civil rights action) and §1988 (proceeding in vindication of civil rights) and the Fourth and Fourteenth Amendments to the United States Constitution. This Court has subject matter jurisdiction over this Count because it alleges *a federal question*. "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, *laws,* or treaties *of the United States."* 28 U.S.C. §1331 (emphasis added). This Court also has subject matter jurisdiction over Count I because it alleges a deprivation of *civil rights* when plaintiff allegedly was arrested and imprisoned without probable cause. "Every person who, under color of any statute…subjects, or causes to be

subjected, any citizen of the United States... to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law." 42 U.S.C. §1983.

Counts II and III allege intentional inflection of emotion distress against Spratte and Nalls and defamation per se against Eugene White ("White"), respectively.  This Court has subject matter jurisdiction over each of these Counts because *of supplemental jurisdiction.* "[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are *so related to claims in the action within such original* jurisdiction *that they form part of the same case or controversy."* 28 U.S.C. §1367 (emphasis added).

Defendants do not dispute jurisdiction of this Court.

## II.    Venue (Plaintiff's Position)[1]

Venue in this District is proper pursuant to 28 U.S.C. §1391(b)(1), in that defendant Eugene White resides in this judicial district; and §1391(b)(2), in that most, if not all, the events or omissions giving rise to the claim occurred in this judicial district.

1)    **28 U.S.C. § 1391(b)(1).**  Defendant Eugene White resides at 10609 S. Fairfield, Chicago, Cook County, Illinois.  Defendant City of Chicago is a municipal corporation in the State of Illinois that employs a law enforcement unit identified as the Chicago Police Department in Chicago, Cook County, Illinois.

---

[1] Section II of the Joint Jurisdictional Status Report was prepared solely by Plaintiff pursuant to Judge Der-Yeghiayan's standing Order.  Defendant expressly states that it does not admit the representations made by Plaintiff in this section, but that Defendant does not contest venue.

2)    **28 U.S.C. § 1391(b)(2).**  Venue is proper in the Northern District of Illinois, Eastern Division because a substantial part of the events or omissions giving rise to the claims occurred in this District.  Specifically:

a.  Plaintiff Lisa Fishering, who resides in Chicago, Cook County, Illinois, is an interior designer; she owns and operates a business known as Whizbang Incorporated, also located in Chicago, Cook County, Illinois. (See Affidavit of Lisa K. Fishering ("Affidavit"), pars. 1 and 2, attached hereto as Exhibit A).

b.  In or about 2006, Eugene and Michelle White hired and paid certain monies to plaintiff to provide interior design services for a home they were rehabbing in Chicago. (Ex. A, Affidavit, par. 3).

c.  On or about August 17, 2007, Spratte came to plaintiff's home and identified himself as a Chicago Police detective to plaintiff's daughter Meret.  Spratte told Meret that he "had business" with her mother and that she should call him at the cell number he provided.

d.  After returning home, plaintiff called Spratte, in which he informed plaintiff that he was a Chicago Police detective.  Spratte stated that he was calling plaintiff on Michelle's behalf since plaintiff owed her money.

e.  On or about October 2, 2007, plaintiff and her counsel met with defendant Nalls at Area 2 Financial Crimes headquarters of the Chicago Police Department at 727 East 111th Street in Chicago.  At that time and place, plaintiff was placed under arrest for felony theft by deception and held in a jail cell for the next 6 hours.  She was then released without being charged. (Ex. A, Affidavit, par. 4).

**WHEREFORE,** the parties herein file the Joint Jurisdictional Report in accordance with the Orders of this Honorable Court.

Dated: February 13, 2008

Respectfully Submitted:

Abeer H. Zanayed
STEVEN J. ROSENBERG, P.C.
Attorney for Plaintiff Lisa K. Fishering
53 West Jackson Blvd., Suite 224
Chicago, Illinois 60604
(312) 362-0400
(312) 431-8694 (fax)


Martin J. O'Hara
QUINLAN & CARROLL, LTD.
Attorney for Defendant Eugene White
30 N. LaSalle Street, Suite 2900
Chicago, IL 60602
(312) 917-8491
(312) 263-5013 (fax)


s/ Alec M. McAusland
Alec McAusland
Assistant Corporation Counsel
Individual Defense Litigation Division
City of Chicago Law Department
Attorney for Defendants Terance Nalls & James Spratte
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-6437


s/Robert Rutherford
Robert Rutherford
Megan K. McGrath
Corporation Counsel, City of Chicago, Law Department
Attorneys for Defendant City of Chicago
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 742-7036

**WHEREFORE,** the parties herein file the Joint Jurisdictional Report in accordance with the Orders of this Honorable Court.

Dated: February 14, 2008

Respectfully Submitted:


_____
Abeer H. Zanayed
STEVEN J. ROSENBERG, P.C.
Attorney for Plaintiff Lisa K. Fishering
53 West Jackson Blvd., Suite 224
Chicago, Illinois 60604
(312) 362-0400
(312) 431-8694 (fax)


_____
Martin J. O'Hara
QUINLAN & CARROLL, LTD.
Attorney for Defendant Eugene White
30 N. LaSalle Street, Suite 2900
Chicago, IL 60602
(312) 917-8491
(312) 263-5013 (fax)


_____
Alec McAusland
Assistant Corporation Counsel
Individual Defense Litigation Division
City of Chicago Law Department
Attorney for Defendants Terance Nalls & James Spratte
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-6437


_____
Robert Rutherford
Megan K. McGrath
Corporation Counsel, City of Chicago, Law Department
Attorneys for Defendant City of Chicago
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 742-7036

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA K. FISHERING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Der-Yeghiayan |
| vs. | ) | Case No. 07 C 6650 |
| | ) | |
| CITY OF CHICAGO, JAMES SPRATTE | ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>AFFIDAVIT OF LISA K. FISHERING</u>

Lisa K. Fishering, being first duly sworn under oath, deposes and states as follows:

1. From February 1998 to the present, I have resided at 1223 North Hoyne Avenue, Chicago, Cook County, Illinois.

2. I am the sole member and president of Whizbang, Incorporated ("Whizbang"). Whizbang is a for-profit domestic corporation, duly organized and existing under the laws of the State of Indiana since September 1994; Whizbang's principal place of business has been located at 1223 North Hoyne Avenue, Chicago, Cook County, Illinois from 2001 to the present.

3. In or about 2006, I was hired by Eugene and Michelle White to provide interior design services for a home they were rehabbing in Chicago.

4. On or about October 2, 2007, my attorney Steven J. Rosenberg and I met with police officer Terance Nalls at Area 2 Financial Crimes headquarters of the Chicago Police Department at 727 East 111th Street in Chicago. At that time and place, I was

**EXHIBIT**

NO. __A__

placed under arrest for felony theft by deception and held in a jail cell for the next 6 hours. I was then released without being charged.

    5.  The remaining paragraphs alleged in the Complaint took place in Chicago, Cook County, Illinois.

    6.  If called to testify to the foregoing I could competently do so.

LISA K. FISHERING

SUBSCRIBED AND SWORN to
before me this 13th day of
February 2008.

NOTARY PUBLIC

OFFICIAL SEAL
DONNA SPEARS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/19/10