UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| vs. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

### JOINT INITIAL STATUS REPORT

Having conferred among themselves and pursuant to this Court's standing order, the parties hereby submit the following Joint Initial Status Report:

**1)** **Nature of Claims and Counterclaims.** Eugene and Michelle White hired and paid certain monies to plaintiff to provide interior design services for a home they were rehabbing in Chicago. Thereafter, a dispute arose between plaintiff and the Whites regarding plaintiff's services. On or about August 17, 2007, defendant Spratte came to plaintiff's home and spoke to her daughter Meret. Spratte identified himself as a Chicago Police detective and told Meret that he had business with her mother. On hearing that plaintiff was not home, Spratte left a message with Meret and departed. After returning home, plaintiff called Spratte; he informed her that he was a Chicago Police detective. Spratte stated that he was calling plaintiff on Michelle's behalf because plaintiff owed her money.

On or about September 17, 2007, Eugene allegedly left a voice mail message with a business associate of plaintiff stating that plaintiff had taken $45,000 and "skipped town" and that a warrant had been issued for her arrest on fraud charges. On or about

September 19, 2007, defendant Nalls allegedly left a voicemail message with the same business associate with plaintiff identifying himself as a detective and asking that plaintiff call him. After plaintiff heard Nalls' voicemail message, she and the Whites exchanged emails.

To avoid the embarrassment of being taken into custody, plaintiff and her counsel met voluntarily with defendant Nalls on or about October 2, 2007 at Area 2 Financial Crimes headquarters of the Chicago Police Department at 727 East 111th Street in Chicago. At that time and place, plaintiff was placed under arrest for felony theft by deception and held in a jail cell for the next 6 hours. She was then released without being charged.

On November 27, 2007, plaintiff filed a three-count complaint alleging (1) unlawful arrest and imprisonment against defendants Spratte, Nalls and the City of Chicago; (2) intentional inflection of emotional distress against defendants Spratte and Nalls; and (3) defamation per se against Eugene White. No counterclaims have been filed as of the date of this report.

**2)** **Relief Sought by Plaintiff.** In her complaint, plaintiff seeks (1) compensatory damages against defendants Spratte, Nalls, and the City of Chicago, jointly and severally, in an amount in excess of one million dollars, punitive damages in excess of one million dollars and for plaintiff's attorney's fees and costs; and (2) compensatory and punitive damages against White each in an amount in excess of one million dollars.

**3)** **Names of Parties Not Served.** All defendants have been served.

**4)** **Principal Legal Issues.** The principal legal issues as of the date of this report include the following: (1) whether probable cause existed; (2) whether the City of

Chicago failed to adequately train, supervise, or control or discipline its officers; (3) whether plaintiff's arrest and imprisonment were unlawful; (4) whether Eugene White's voicemail as stated above was defamatory per se; (5) whether the police officer's alleged misconduct was intended to cause and did cause plaintiff severe emotional distress; and (6) whether plaintiff is entitled to punitive damages.

    5)    **Principal Factual Issues.** The principal factual issues as of the date of this report include the following: (1) whether the Chicago Police Department failed to adequately train, supervise, control or discipline its officers such that the alleged misconduct has become the policy and practice of the City of Chicago; (2) whether a reasonable person would be emotionally distressed by the defendants' alleged misconduct; (3) whether plaintiff committed the crime of felony theft by deception; (4) whether Eugene White published any of the alleged defamatory statements; and (5) whether any of the alleged statements made by Eugene White were true.

    6)    **List of Pending Motions.** A motion to dismiss filed by Eugene White.

    7)    **Description of Discovery Requested and Exchanged.** The parties have not yet exchanged discovery.

    8)    **Type of Discovery Needed.** The parties need to conduct interrogatories and document requests (and perhaps requests for admissions). Depositions will be taken of the parties and any and all witnesses that are disclosed.

    9)    **Agreed Dates.** The parties propose the following dates:

        a.  **Rule 26(a)(1) Disclosures.** March 1, 2008.

        b.  **Fact Discovery Completion.** June 30, 2008.

        c.  **Expert Discovery Completion.** July 30, 2008.

    d. **Filing of Dispositive Motions.** September 20, 2008.

    e. **Filing of a Final Pretrial Order.** December 20, 2008.

10) **Estimation of When Case Will be Ready for Trial.** February 20, 2009.

11) **Probable Length of Trial.** Five to seven trial days (including jury selection).

12) **Whether a Request Has Been Made For a Jury Trial.** Yes, by plaintiff and defendants James Spratte and Terance Nalls.

13) **Settlement Discussions.** To date, there have been no settlement discussions.

14) **Consent to Magistrate Judge.** The parties do not consent to proceed before a Magistrate Judge.

**WHEREFORE,** the parties herein file the Joint Initial Status Report in accordance with the Orders of this Honorable Court.

Dated: February 13, 2008

Respectfully Submitted:

_____
Abeer H. Zanayed
STEVEN J. ROSENBERG, P.C.
Attorney for Plaintiff Lisa K. Fishering
53 West Jackson Blvd., Suite 224
Chicago, Illinois 60604
(312) 362-0400
(312) 431-8694 (fax)

[More signatures on the following page]

_____
Martin J. O'Hara
QUINLAN & CARROLL, LTD.
Attorney for Defendant Eugene White
30 N. LaSalle Street, Suite 2900
Chicago, IL 60602
(312) 917-8491
(312) 263-5013 (fax)


s/ *Alec M. McAusland*_____
Alec McAusland
Assistant Corporation Counsel
Individual Defense Litigation Division
City of Chicago Law Department
Attorney for Defendants Terance Nalls & James Spratte
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-6437



s/Robert Rutherford_____
Robert Rutherford
Megan K. McGrath
Corporation Counsel
City of Chicago, Law Department
Attorneys for Defendant City of Chicago
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 742-7036

_/s/ Martin J. O'Hara_
Martin J. O'Hara
QUINLAN & CARROLL, LTD.
Attorney for Defendant Eugene White
30 N. LaSalle Street, Suite 2900
Chicago, IL 60602
(312) 917-8491
(312) 263-5013 (fax)


Alec McAusland
Assistant Corporation Counsel
Individual Defense Litigation Division
City of Chicago Law Department
Attorney for Defendants Terance Nalls & James Spratte
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-6437


Robert Rutherford
Megan K. McGrath
Corporation Counsel
City of Chicago, Law Department
Attorneys for Defendant City of Chicago
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 742-7036