UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| vs. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

TO:  Martin O'Hara                          Alec McAusland
     Quinlan & Carroll, Ltd.                Assistant Corporation Counsel
     30 N. LaSalle St., #2900               City of Chicago Law Department
     Chicago, IL 60602                      30 N. LaSalle St., #1400
                                            Chicago, IL 60602

     Robert Rutherford
     Megan K. McGrath
     Assistant Corporation Counsel
     City of Chicago Law Department
     30 N. LaSalle St., #1400
     Chicago, IL 60602

   I, an attorney, state that I served a copy of the **Joint Jurisdiction Report** and **Joint Initial Status Report** on the above named persons by e-filing same with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division on this 13th day of February 2008.

                                                    _____
                                                    ABEER H. ZANAYED

Abeer H. Zanayed
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400