IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA K. FISHERING, | ) | |
| | ) | NO. 07 C 6650 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Der-Yeghiayan |
| | ) | |
| CITY OF CHICAGO, JAMES SPRATTE, | ) | |
| TERANCE NALLS and EUGENE WHITE | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

**TO**:  Steven J. Rosenberg, Abeer H. Zanayed        Alec M. McAusland
Steven J. Rosenberg, P.C.                               Assistant Corporation Counsel
53 West Jackson Blvd., Suite 224                        30 North LaSalle Street, Suite 1400
Chicago, Illinois 60604                                 Chicago, Illinois 60602

Martin J. O'Hara
Quinlan & Carroll, Ltd.
30 North LaSalle Street, Suite 2900
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on February 14, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** a copy of which is attached hereto.

I hereby certify that I have served this notice and the attached document by electronic means to the persons named above this 14th day of February, 2008.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-3541
Attorney No. 06288408