# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Lisa K Fishering

                Plaintiff,

v.                                             Case No.: 1:07–cv–06650
                                           Honorable Samuel Der–Yeghiayan

City Of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

    MINUTE entry before Judge Samuel Der–Yeghiayan : Defendant Eugene White's motion to dismiss under Rule 12(b)(6) [24] is entered and continued. Plaintiff's response shall be filed by 03/12/08 and defendant White's reply shall be filed by 03/19/08. Status hearing held and continued to 04/02/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.