IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, JAMES SPRATTE, )<br>TERANCE NALLS and EUGENE WHITE, )<br>)<br>    Defendants. ) | Judge Der-Yeghiayan<br>Case No. 07 C 6650<br><br>Magistrate Judge Nolan |

## NOTICE OF FILING

TO:   See Attached Service List

   PLEASE TAKE NOTICE that on March 19, 2008, we filed with the Clerk of the Northern District of Illinois, EUGENE WHITE'S REPLY IN SUPPORT OF MOTION TO DISMISS UNDER RULE 12(b)(6), a copy of which is hereby served upon you.

Dated: March 19, 2008          Respectfully submitted,

                              EUGENE WHITE


                       By:   /s/Martin J. O'Hara
                              Martin J. O'Hara, #6229971
                              Attorney for Defendant
                              Quinlan & Carroll, Ltd.
                              30 N. LaSalle Street, Suite 2900
                              Chicago, IL 60602
                              phone: (312) 263-0900
                              fax: (312) 263-5013
                              email: mohara@qclaw.com

253736v1

## CERTIFICATE OF SERVICE

    I hereby certify that on March 19, 2008, I electronically filed this NOTICE OF FILING and EUGENE WHITE'S REPLY IN SUPPORT OF MOTION TO DISMISS UNDER RULE 12(b)(6) with the Clerk of the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all parties listed on the attached Service List:

 

/s/Martin J. O'Hara
Martin J. O'Hara, #6229971
Attorney for Defendant
Quinlan & Carroll, Ltd.
30 N. LaSalle Street, Suite 2900
Chicago, IL 60602
phone: (312) 263-0900
fax: (312) 263-5013
email: mohara@qclaw.com

## SERVICE LIST

Steven J. Rosenberg
Abeer H. Zanayed
Steven J. Rosenberg, P.C.
Attorneys for Plaintiff Lisa K. Fishering
53 West Jackson Boulevard, Suite 224
Chicago, IL 60604
(312) 362-0400
(312) 431-8694 (fax)
email: stevenj@sjrosenberg.com


Alec Meacham McAusland
Assistant Corporation Counsel
Individual Defense Litigation Division
City of Chicago Law Department
Attorney for Defendants Terance Nalls & James Spratte
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-6437
email: amcausland@cityofchicago.org


Robert Rutherford
Megan K. McGrath
Corporation Counsel
City of Chicago, Law Department
Attorneys for Defendant City of Chicago
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-7036
email: robert.rutherford@cityofchicago.org
email: megan.mcgrath@cityofchicago.org