## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6650 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Lisa Fishering vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 03/27/08, Defendant Eugene White's motion to dismiss under Rule 12(b)(6) [24] is denied. Status hearing set for 04/02/08 to stand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|