## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6650 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Lisa K Fishering vs. City Of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 09/10/08 at 9:00 a.m. Plaintiff's expert disclosure and reports shall be served by 08/08/08. Defendants' expert disclosure and reports shall be served by 08/22/08. All discovery shall be noticed in time to be completed by 09/05/08. Dispositive motions are to be filed by 10/07/08. Responses to the dispositive motions, if any, are to be filed by 10/28/08 and replies, if any, are to be filed by 11/10/08. As stated on the record, Defendant White shall answer Plaintiff's complaint within 14 days.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|