IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA K. FISHERING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Der-Yeghiayan |
| v. | ) | Case No. 07 C 6650 |
| | ) | |
| CITY OF CHICAGO, JAMES SPRATTE, | ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:     See Attached Service List

PLEASE TAKE NOTICE that on April 16, 2008, we filed with the Clerk of the Northern District of Illinois, DEFENDANT EUGENE WHITE'S ANSWER TO COMPLAINT AND COUNTERCLAIM AGAINST LISA FISHERING, a copy of which is hereby served upon you.

Dated: April 16, 2008

Respectfully submitted,

EUGENE WHITE

By:     /s/Martin J. O'Hara
        Martin J. O'Hara, #6229971
        Attorney for Defendant
        Quinlan & Carroll, Ltd.
        30 N. LaSalle Street, Suite 2900
        Chicago, IL 60602
        phone: (312) 263-0900
        fax: (312) 263-5013
        email: mohara@qclaw.com

254206v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I electronically filed this NOTICE OF FILING and DEFENDANT EUGENE WHITE'S ANSWER TO COMPLAINT AND COUNTERCLAIM AGAINST LISA FISHERING with the Clerk of the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all parties listed on the attached Service List:

/s/Martin J. O'Hara
Martin J. O'Hara, #6229971
Attorney for Defendant
Quinlan & Carroll, Ltd.
30 N. LaSalle Street, Suite 2900
Chicago, IL 60602
phone: (312) 263-0900
fax: (312) 263-5013
email: mohara@qclaw.com

## SERVICE LIST

Steven J. Rosenberg
Abeer H. Zanayed
Steven J. Rosenberg, P.C.
Attorneys for Plaintiff Lisa K. Fishering
53 West Jackson Boulevard, Suite 224
Chicago, IL 60604
(312) 362-0400
(312) 431-8694 (fax)
email: stevenj@sjrosenberg.com


Alec Meacham McAusland
Assistant Corporation Counsel
Individual Defense Litigation Division
City of Chicago Law Department
Attorney for Defendants Terance Nalls & James Spratte
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-6437
email: amcausland@cityofchicago.org


Robert Rutherford
Megan K. McGrath
Corporation Counsel
City of Chicago, Law Department
Attorneys for Defendant City of Chicago
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-7036
email: robert.rutherford@cityofchicago.org
email: megan.mcgrath@cityofchicago.org