UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| vs. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING & CERTIFICATE OF SERVICE

TO:  Martin O'Hara                             Alec McAusland
     Quinlan & Carroll, Ltd.                   Assistant Corporation Counsel
     30 N. LaSalle St., #2900                  City of Chicago Law Department
     Chicago, IL 60602                         30 N. LaSalle St., #1400
                                               Chicago, IL 60602

     Megan K. McGrath
     Assistant Corporation Counsel
     30 N. LaSalle St., #1400
     Chicago, IL 60602

Please take notice that on this 6th day of May 2008 I have filed **Plaintiff Lisa A. Fishering's Answer to Counter-Plaintiff Eugene White's Counterclaim** with the Clerk of the U.S. District Court, Northern District of Illinois, Chicago, Illinois, a copy of which is hereby served upon you.

I hereby certify that I have served this Notice and the attached document by electronic means to the person(s) named above on this 6th day of May 2008.

                                               STEVEN J. ROSENBERG, P.C.
                                               Attorneys for Plaintiff

Charles E. McElvenny
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400