UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| vs. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

TO:  Martin O'Hara                           Alec McAusland
     Quinlan & Carroll, Ltd.                 Assistant Corporation Counsel
     30 N. LaSalle St., #2900                City of Chicago Law Department
     Chicago, IL 60602                       30 N. LaSalle St., #1400
                                             Chicago, IL 60602

     Megan K. McGrath
     Assistant Corporation Counsel
     30 N. LaSalle St., #1400
     Chicago, IL 60602

I, an attorney, state that I served a copy of the **Plaintiff's First Set of Interrogatories to Defendant City of Chicago, Plaintiff's First of Request for Production to Defendant City of Chicago; Plaintiff's First Set of Interrogatories to Defendant Terance Nalls, Plaintiff's First Set of Request for Production to Defendant Terance Nalls; Plaintiff's First Set of Interrogatories to Defendant James Spratte, Plaintiff's First Set of Request for Production to Defendant James Spratte** on the above named persons by depositing same in a U.S. Mailbox, proper postage prepaid, on this 11th day of March 2008 before 5:00 P.M.

                                        _____
                                        STEVEN J. ROSENBERG, P.C.
                                        Attorneys for Plaintiff

Charles E. McElvenny
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400

**EXHIBIT**

NO. ___A___

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| vs. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT TERANCE NALLS

Plaintiff Lisa K. Fishering, pursuant to Rule 33 of the Federal Rules of Civil Procedure, serves the interrogatories set forth below upon Defendant Terance Nalls, to be answered fully in writing under oath within thirty (30) days:

1. State your full name, as well as your current residence address, date of birth, marital status, driver's license number and issuing state, and social security number.

2. State the date you were appointed to the position of police officer with the Chicago Police Department.

3. What is the district (including geographic boundaries) to which you were assigned on October 2, 2007?

4. What hours did you work as a police officer on August 17, 2007, September 26, 2007, and October 2, 2007?

5. Were you scheduled to work the dates identified in Interrogatory Number 4? If the answer is in the affirmative, what hours were you scheduled to work as a police officer on August 17, 2007, September 26, 2007, and October 2, 2007?

6. Prior to October 2, 2007 did you know Eugene or Michelle White? If so, state the manner in which you came to be acquainted with him/her and the nature of your relationship on October 2, 2007.

7. Have you ever been the subject of any civilian complaints? If so, please state:

      a. The date and where each complaint made;
      b. The name and address of each complainant;
      c. To whom each complaint was made;
      d. Describe in detail the allegations of each complaint;
      e. Did the Police Department investigate any of the complaints? If yes, who conducted each investigation (name, badge number, and position) and the outcome of each investigation.

8. Describe in detail any communications and/or conversations you have had with plaintiff's daughter Meret at any date and time.

9. State with specificity the actions you took, if any, in connection with claims made by Eugene and Michelle White and against plaintiff.

10. Have you had any conversations with any person other than counsel about the incident described in the Complaint? If the answer to this interrogatory is in the affirmative, state the following:

      a. The date or dates of such conversations and/or statements;
      b. The place of such conversations and/or statements;
      c. All persons present for the conversations and/or statements;
      d. The matters and things stated by the person in the conversations and/or statements;
      e. Whether the conversation was oral, written and/or recorded; and
      f. Who has possession of the statement if written and/or recorded?

11. State each and every fact in your possession on October 2, 2007 which, in your opinion at the time, established probable cause to arrest plaintiff on that date.

12. State the name and badge number of the person who authorized or ordered plaintiff's arrest by defendant police officers on October 2, 2007.

13. List the names, present addresses, places of employment, and job titles of each of the following persons:

      a. All persons who participated in the arrest of plaintiff;
      b. All witnesses known to defendant who saw plaintiff at defendant's police headquarters at any time on October 2, 2007; and
      c. All witnesses who were present during the interrogation of plaintiff at defendant's police headquarters at any time on October 2, 2007.

14. Was plaintiff processed and/or charges filed against plaintiff when she arrived at police headquarters on October 2, 2007? If so, state all facts in support of the charges filed against plaintiff.

2

15. Has any insurance company, bonding agency or your employer agreed to insure or indemnify you for legal expenses or any judgments which may be entered against you in this case? If so, describe any such agreement in detail.

16. Pursuant to Federal Rules of Civil Procedure 26(a)(2) and 26(b)(4)(A), provide the name and address of each expert witness who will testify at trial and provide the following:

   a. A complete statement of all opinions to be expressed by the expert and the basis and reasons for them;
   b. The date or other information considered by the expert in forming the opinions;
   c. Exhibits to be used to summarize or support the opinions;
   d. Qualifications of the expert, including a list of all publications that the expert has authorized in the preceding ten years;
   e. Compensation to be paid to the expert; and
   f. A list of cases in which the expert has testified, as an expert, at trial or by deposition, within the last four years.

Respectfully Submitted:

_____
STEVEN J. ROSENBERG, P.C.
Attorneys for Plaintiff

Charles E. McElvenny
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| vs. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES NALLS ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION TO DEFENDANT TERANCE NALLS

Plaintiff Lisa K. Fishering, pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby requests Defendant Terance Nalls to produce the following documents and/or items within thirty (30) days:

1) Any and all communications, including but not limited to emails, memos and correspondence between defendant Nalls and Eugene and/or Michelle White from January 1, 2007 to the present.

2) Any and all insurance coverage for defendant Nalls.

3) All phone and email records (including voicemail transcriptions) of defendant Nalls from January 2006 to present.

4) Hard drives of any and all computers used by defendant Nalls from January 2006 to present.

5) All documents relied upon or referred to in responding to Plaintiff's First Set of Interrogatories to Defendants.

6) Any and all memos, letters, emails or other documents written, sent, or received by defendant Nalls relating to or arising out of the matters which are the subject of the Complaint including but not limited to police reports.

7) If a privilege is being claimed with respect to any documents responsive to this Request, please provide a privilege log which includes the following information:

a. The name of the sender, if any, of the documents;
b. The name of the author of the document;
c. The name of the persons, if any, to whom copies were sent;
d. The date of the document;
e. The date on which the document was received by those having possession of the document;
f. A brief description of the nature and the subject matter of the document; and
g. the statute, rule or decision that is claimed to give rise to the privilege.

Respectfully Submitted:

_____
STEVEN J. ROSENBERG, P.C.
Attorneys for Plaintiff

Charles E. McElvenny
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| vs. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT JAMES SPRATTE

Plaintiff Lisa K. Fishering, pursuant to Rule 33 of the Federal Rules of Civil Procedure, serves the interrogatories set forth below upon Defendant James Spratte, to be answered fully in writing under oath within thirty (30) days:

1. State your full name, as well as your current residence address, date of birth, marital status, driver's license number and issuing state, and social security number.

2. State the date you were appointed to the position of police officer with the Chicago Police Department.

3. What is the district (including geographic boundaries) to which you were assigned on October 2, 2007?

4. What hours did you work as a police officer on August 17, 2007, September 26, 2007, and October 2, 2007?

5. Were you scheduled to work the dates identified in Interrogatory Number 4? If the answer is in the affirmative, what hours were you scheduled to work as a police officer on August 17, 2007, September 26, 2007, and October 2, 2007?

6. Prior to October 2, 2007 did you know Eugene or Michelle White? If so, state the manner in which you came to be acquainted with him/her and the nature of your relationship on October 2, 2007.

7. Have you ever been the subject of any civilian complaints? If so, please state:

   a. The date and where each complaint made;
   b. The name and address of each complainant;
   c. To whom each complaint was made;
   d. Describe in detail the allegations of each complaint;
   e. Did the Police Department investigate any of the complaints? If yes, who conducted each investigation (name, badge number, and position) and the outcome of each investigation.

8. Describe in detail any communications and/or conversations you have had with plaintiff's daughter Meret at any date and time.

9. State with specificity the actions you took, if any, in connection with claims made by Eugene and Michelle White and against plaintiff.

10. Have you had any conversations with any person other than counsel about the incident described in the Complaint? If the answer to this interrogatory is in the affirmative, state the following:

   a. The date or dates of such conversations and/or statements;
   b. The place of such conversations and/or statements;
   c. All persons present for the conversations and/or statements;
   d. The matters and things stated by the person in the conversations and/or statements;
   e. Whether the conversation was oral, written and/or recorded; and
   f. Who has possession of the statement if written and/or recorded?

11. State each and every fact in your possession on October 2, 2007 which, in your opinion at the time, established probable cause to arrest plaintiff on that date.

12. State the name and badge number of the person who authorized or ordered plaintiff's arrest by defendant police officers on October 2, 2007.

13. List the names, present addresses, places of employment, and job titles of each of the following persons:

   a. All persons who participated in the arrest of plaintiff;
   b. All witnesses known to defendant who saw plaintiff at defendant's police headquarters at any time on October 2, 2007; and
   c. All witnesses who were present during the interrogation of plaintiff at defendant's police headquarters at any time on October 2, 2007.

14. Was plaintiff processed and/or charges filed against plaintiff when she arrived at police headquarters on October 2, 2007? If so, state all facts in support of the charges filed against plaintiff.

2

15. Has any insurance company, bonding agency or your employer agreed to insure or indemnify you for legal expenses or any judgments which may be entered against you in this case? If so, describe any such agreement in detail.

16. Pursuant to Federal Rules of Civil Procedure 26(a)(2) and 26(b)(4)(A), provide the name and address of each expert witness who will testify at trial and provide the following:

   a. A complete statement of all opinions to be expressed by the expert and the basis and reasons for them;
   b. The date or other information considered by the expert in forming the opinions;
   c. Exhibits to be used to summarize or support the opinions;
   d. Qualifications of the expert, including a list of all publications that the expert has authorized in the preceding ten years;
   e. Compensation to be paid to the expert; and
   f. A list of cases in which the expert has testified, as an expert, at trial or by deposition, within the last four years.

Respectfully Submitted:

_____
STEVEN J. ROSENBERG, P.C.
Attorneys for Plaintiff

Charles E. McElvenny
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| vs. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION TO DEFENDANT JAMES SPRATTE

Plaintiff Lisa K. Fishering, pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby requests Defendant James Spratte to produce the following documents and/or items within thirty (30) days:

1) Any and all communications, including but not limited to emails, memos and correspondence between defendant Spratte and Eugene and/or Michelle White from January 1, 2007 to the present.

2) Any and all insurance coverage for defendant Spratte.

3) All phone and email records, including voicemail transcriptions and billing records, of defendant Spratte from January 2006 to present.

4) Hard drives of any and all computers used by defendant Spratte from January 2006 to present.

5) All documents relied upon or referred to in responding to Plaintiff's First Set of Interrogatories to Defendants.

6) Any and all memos, letters, emails or other documents written, sent, or received by defendant Spratte relating to or arising out of the matters which are the subject of the Complaint including but not limited to police reports.

7) If a privilege is being claimed with respect to any documents responsive to this Request, please provide a privilege log which includes the following information:

a. The name of the sender, if any, of the documents;
b. The name of the author of the document;
c. The name of the persons, if any, to whom copies were sent;
d. The date of the document;
e. The date on which the document was received by those having possession of the document;
f. A brief description of the nature and the subject matter of the document; and
g. The statute, rule, or decision that is claimed to give rise to the privilege.

Respectfully Submitted:

_____
STEVEN J. ROSENBERG, P.C.
Attorneys for Plaintiff

Charles E. McElvenny
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400

2

# STEVEN J. ROSENBERG, P.C.                                                                Lawyers

Steven J. Rosenberg*
Charles E. McElvenny
Abeer H. Zanayed

William M. Walsh

*Also admitted in California
 and Colorado

Monadnock Building
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604-3607

Telephone 312.362.0400
Facsimile 312.431.8694
eFax: 312.275.7734
Email stevenj@sjrosenberg.com

April 16, 2008

**VIA FACSIMILE & U.S. MAIL**

Alec McAusland
Assistant Corporation Counsel
City of Chicago Law Department
30 N. LaSalle Street, Room 1400
Chicago, IL 60602

David Seery
Robert C. Rutherford
Megan K. McGrath
Assistant Corporation Counsel
City of Chicago Law Department
30 N. LaSalle Street, Room 1400
Chicago, IL 60602

RE: Fishering v. City of Chicago, et al.
Case No. 07 C 6650

Dear Counsel:

As you know, Plaintiff served written discovery on the City of Chicago, Terance Nalls, and James Spratte on March 11, 2008. Responses were due on April 10th. Yet, as of today's date, we have not received responses from defendants. Please call me so that we can resolve the outstanding discovery issue.

Also, enclosed please find deposition notices for defendants. The dates listed are tentative as we would like to depose defendants after the completion of written discovery.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Abeer H. Zanayed

**EXHIBIT**

NO. __B__

McAusland, Alec, et al.
April 16, 2008
Page 2


AHZ
Enclosures

cc: Martin O'Hara
    Lisa Fishering

# STEVEN J. ROSENBERG, P.C.

Lawyers

Steven J. Rosenberg*
Charles E. McElvenny
Abeer H. Zanayed

William M. Walsh

*Also admitted in California
and Colorado

Monadnock Building
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604-3607

Telephone 312.362.0400
Facsimile 312.431.8694
eFax: 312.275.7734
Email stevenj@sjrosenberg.com

April 18, 2008

**VIA FACSIMILE**

Alec McAusland
Assistant Corporation Counsel
City of Chicago Law Department
30 N. LaSalle Street, Room 1400
Chicago, IL 60602

RE: <u>Fishering v. City of Chicago, et al.</u>
Case No. 07 C 6650

Dear Alec:

I am writing to confirm our agreement regarding defendants' outstanding discovery in the above-referenced matter. Defendants Terance Nalls and James Spratte have until the end of business day on Friday, May 16, 2008 to respond to Plaintiff's First Set of Interrogatories and Request to Produce.

If the foregoing is not accurate, please contact me immediately.

Thank you for your cooperation.

Very truly yours,

Abeer H. Zanayed

AHZ

cc: Lisa Fishering

**EXHIBIT**

NO. __C__

# STEVEN J. ROSENBERG, P.C.

Lawyers

Steven J. Rosenberg*
Charles E. McElvenny
Abeer H. Zanayed

William M. Walsh

*Also admitted in California
 and Colorado

Monadnock Building
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604-3607

Telephone 312.362.0400
Facsimile 312.431.8694
eFax: 312.275.7734
Email stevenj@sjrosenberg.com

May 12, 2008

**VIA FACSIMILE**

Alec McAusland
Assistant Corporation Counsel
Individual Defense Litigation Division
City of Chicago Law Department
30 N. LaSalle Street, Room 1400
Chicago, IL 60602

RE: Fishering v. City of Chicago, et al.
Case No. 07 C 6650

Dear Mr. McAusland:

I am writing to memorialize our conversation with you yesterday regarding defendants Terrance Nalls' and James Spratte's outstanding discovery. As you know, responses were due on April 10th, but we agreed to an extension to answer the outstanding discovery on or before May 16, 2008. You informed us that because your clients did not appear in your office and that you were leaving on vacation, your clients' outstanding discovery will not be completed by May 16th.

As we discussed, we cannot agree to additional time to respond to the outstanding discovery due to the upcoming depositions scheduled for June 3, 2008 (Spratte and Nalls), June 5, 2008 (representative of the City of Chicago) and June 25th (Eugene and Michelle White).

Unfortunately, therefore, if we do not receive your outstanding discovery by May 16th, I will have no choice but to file a motion to compel.

Very truly yours,

Abeer H. Zanayed

**EXHIBIT**

NO. __D__