UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LISA K. FISHERING,                )
                                  )
        Plaintiff,                )
                                  )        Judge Der-Yeghiayan
vs.                               )        Case No. 07 C 6650
                                  )
CITY OF CHICAGO, JAMES SPRATTE    )        Magistrate Judge Nolan
TERANCE NALLS and EUGENE WHITE,   )
                                  )
        Defendants.               )

## NOTICE OF MOTION

TO:    Martin O'Hara                    Alec McAusland
       Quinlan & Carroll, Ltd.         Assistant Corporation Counsel
       30 N. LaSalle St., #2900        City of Chicago Law Department
       Chicago, IL 60602               30 N. LaSalle St., #1400
                                       Chicago, IL 60602
       Megan K. McGrath
       Assistant Corporation Counsel
       30 N. LaSalle St., #1400
       Chicago, IL 60602

Please take notice that on this 5th day of June 2008 at the hour of 9:00 A.M., I shall appear before the Honorable Judge Der-Yeghiayan in courtroom 1903 at the Dirksen Federal Building, Chicago, Illinois and, then and there, shall present the attached **Motion to Compel Defendants Terance Nalls and James Spratte's Outstanding Discovery Responses**, a copy of which is hereby served upon you.

        I hereby certify that I have served this Notice and the attached document by electronic means to the person(s) named above on this 19th day of May, 2008.

                                        STEVEN J. ROSENBERG, P.C.
                                        Attorneys for Plaintiff

Abeer H. Zanayed
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400