UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | Judge Der-Yeghiayan |
| ) | |
| vs. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE TO
## EUGENE WHITE'S FIRST REQUEST TO ADMIT FACTS

Plaintiff, Lisa K. Fishering, by her attorneys, responds to defendant Eugene White's First Request to Admit Facts as follows:

1. Plaintiff submitted to White the invoice attached hereto as Exhibit 1.

**Response:** Plaintiff admits that the document attached as Exhibit 1 was tendered to White but denies that Exhibit 1 is an invoice or intended as an invoice from Walter E. Smithe.

2. Neither Fishering nor Whizbang paid Walter E. Smithe $15,301.10 as reflected on Exhibit 1.

**Response:** Plaintiff admits that neither she nor Whizbang ever paid $15,301.10 to Walter E. Smithe. Plaintiff adds further that Exhibit 1 was a document intended to reflect that Plaintiff's 10% discount was passed through to White, not as an invoice from Walter E. Smithe.

3. Neither Fishering nor Whizbang purchased furniture from Walter E. Smithe for White in the amount of $15,597.45 as reflected on Exhibit 1.

**Response:** Plaintiff objects to the use of the word "purchased" in Defendant White's Request to Admit Number 3 because it intentionally mischaracterizes the Walter E. Smithe transaction.

Subject to and without waiving this objection, Plaintiff adds further that she ordered furniture for White from Walter E. Smithe in the amount of $15,597.45 and made a payment of $7,505.48 towards the purchase price.

4. Walter E. Smithe did not provide a 10% trade discount as reflected on Exhibit 1.

**Response:** Plaintiff denies this request and further objects to Defendant White's Request to Admit Number 4 because it is vague, relies on hearsay and assumes facts not in evidence.

5. The total order of the purchase from Walter E. Smithe on October 4, 2006 was not $17,001.22.

**Response:** Plaintiff denies Request to Admit Number 5.

6. The document attached hereto Exhibit 2 is a true and correct copy of the invoice that was issued by Walter E. Smithe to Whizbang, Inc. on October 4, 2006.

**Response:** Plaintiff denies Request to Admit Number 6.

7. Fishering submitted Exhibit 1 to White knowing that it was not a true and correct copy of the invoice that Walter E. Smithe issued to Whizbang, Inc. on October 4, 2006.

**Response:** Plaintiff denies Request to Admit Number 7.

Respectfully Submitted:

_____
STEVEN J. ROSENBERG, P.C.
Attorneys for Plaintiff

Steven J. Rosenberg
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400