IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA K. FISHERING, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6650 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| CITY OF CHICAGO, JAMES SPRATTE, | ) | |
| TERANCE NALLS and EUGENE WHITE | ) | Magistrate Judge Nolan |
| | ) | |
| | ) | JURY DEMANDED |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION TO WITHDRAW
APPEARANCE OF ROBERT C. RUTHERFORD, Jr.**

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel for the City, respectfully requests that this Court permit it to withdraw the appearance of Robert C. Rutherford, Jr. as counsel of record for the City. In support of its motion, the City states:

1.  Robert C. Rutherford, Jr., Assistant Corporation Counsel, filed an appearance on behalf of the City in this matter on January 15, 2008.

2.  As a result of internal reorganization within the City's Law Department, Mr. Rutherford is no longer assigned to this case.

3.  The City, therefore, seeks to withdraw the appearance of Mr. Rutherford as an attorney of record for the City.

4.  Megan McGrath, Assistant Corporation Counsel, remains as an attorney of record for the City in this matter.

5.  This motion is not intended to cause any delay in the proceedings nor cause prejudice to plaintiff.

**WHEREFORE**, for the above-stated reasons, the City respectfully requests that this Court grant its motion to withdraw Robert C. Rutherford, Jr. as counsel of record for the City.

        Respectfully submitted,

        Mara S. Georges
        Corporation Counsel

By:   */s/ Robert C. Rutherford, Jr.*
      ROBERT C. RUTHERFORD, Jr.
      Assistant Corporation Counsel

Employment Litigation
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-7036