UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA K. FISHERING, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6650 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| CITY OF CHICAGO, JAMES SPRATTE, | ) | |
| TERANCE NALLS and EUGENE WHITE | ) | Magistrate Judge Nolan |
| | ) | |
| | ) | JURY DEMANDED |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:   Steven J. Rosenberg, P.C.
      Abeer H. Zanayed
      53 West Jackson Boulevard, Suite 224
      Chicago, Illinois 60604
      (312) 362-0400

**PLEASE TAKE NOTICE** that on May 28, 2008, the City of Chicago, filed its **Motion to Withdraw Appearance of Robert C. Rutherford, Jr.** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Samuel Der-Yeghiayan, or before such other Judge sitting in his stead, in courtroom 1903, located at 219 S. Dearborn Street, on **Wednesday, June 4, 2008 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, and present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the persons named above at the addresses shown this 28th day of May, 2008.

                                        Respectfully submitted,
                                        MARA S. GEORGES
                                        Corporation Counsel of the
                                        City of Chicago

Employment Litigation
30 North LaSalle Street, Suite 1020    By:    s/ *Robert C. Rutherford, Jr.*
Chicago, Illinois 60602                       ROBERT C. RUTHERFORD, Jr.
(312) 742-7036                                Assistant Corporation Counsel