## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6650 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Fishering vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendant City of Chicago's motion to withdraw appearance of Robert C. Rutherford, Jr. [47] is granted. Robert C. Rutherford, Jr. is hereby given leave to withdraw as counsel for Defendant City of Chicago.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | maw |