# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lisa K Fishering

           Plaintiff,

v.

                         Case No.: 1:07–cv–06650
                         Honorable Samuel Der–Yeghiayan

City Of Chicago, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Counsel for Plaintiff advised this Court's Courtroom Deputy the Plaintiff wishes to withdraw her motion to compel [44]. Therefore, Plaintiff Lisa K Fishering's motion to compel Defendants Terance Nalls and James Spratte's outstanding discovery responses [44] is hereby withdrawn. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.