UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA K. FISHERING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Der-Yeghiayan |
| vs. | ) | Case No. 07 C 6650 |
| | ) | |
| CITY OF CHICAGO, JAMES SPRATTE | ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Martin O'Hara                     Alec McAusland
     Quinlan & Carroll, Ltd.           Assistant Corporation Counsel
     30 N. LaSalle St., #2900          Megan K. McGrath
     Chicago, IL 60602                 Assistant Corporation Counsel
                                       30 N. LaSalle Street, Suite 1400
                                       Chicago, IL 60602

Please take notice that on the 22nd day of July 2008 at the hour of 9:00 A.M., I shall appear before the Honorable Judge Samuel Der-Yeghiayan in courtroom 1903 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and, then and there, shall present **Motion to Compel Defendant City of Chicago's Responses to Discovery and for Entry of an Agreed Protective Order**, a copy of which is hereby served upon you.

_____
STEVEN J. ROSENBERG, P.C.
Attorneys for Plaintiff

## PROOF OF SERVICE

I, an attorney, state that I served a copy of this Notice by electronic means to the person(s) named above on this 27th day of June 2008.

_____
STEVEN J. ROSENBERG, P.C.
Attorneys for Plaintiff

Abeer H. Zanayed
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard, Suite 224
Chicago, Illinois 60604
(312) 362-0400