# EXHIBIT 2

Case 1:07-cv-06650    Document 54-3    Filed 07/15/2008    Page 1 of 2


BURLING BANK

```
EUGENE F WHITE 11/05                    ST. ANDREWS           709
141 W JACKSON BLVD SUITE 4010                                 2-525/710
CHICAGO, IL 60604
                                        10-18-06
                                        DATE

PAY TO THE
ORDER OF  WHIZBANG INC.                 $ 17,301.10

SEVENTEEN THOUSAND THREE HUNDRED 10/100       DOLLARS

BURLING BANK
141 WEST JACKSON...    10-23-06   165  4163  91

FOR _____                     E. [signature]

⑃071005254⑃      482943⑃    0709  ⑂000l730ll0⑃
```

AccountNum:482943
CheckAmt:17301.10
ProcDate:10/23/2006
SerialNum:709
ItemSeqNum:320366636
TrRoutNum:71005254
TransCode:0
CapturDate:11/30/1999
MflmSeqNum:0



AccountNum:482943
CheckAmt:17301.10
ProcDate:10/23/2006
SerialNum:709
ItemSeqNum:320366636
TrRoutNum:71005254
TransCode:0
CapturDate:11/30/1999
MflmSeqNum:0

LF-056