EXHIBIT 3

05-20-08    02:46PM    FROM-Walter E Smithe                    T-560   P.006/006   F-163

1394

WHIZBANG BAGS INC. 08-03
1223 N HOYNE AVE.
CHICAGO, IL 60622

DATE 10-4-06

PAY TO THE
ORDER OF  W. E Smithe                                    $6,908.00

Six thousand nine hundred eight & 00/100                    DOLLARS

BANK ONE.
1Morgan Chase Bank, N.A.
Chicago, Illinois 60670

FOR white furniture

⑈001394⑈ ⑉071000013⑉ 644916934⑈    ⑈0000690800⑈

⑆071922175⑆ 0613570216              ⑈0000690800⑈

WALTER E. SMITHE FURNITURE INC.
PAID TO THE ORDER OF
ITASCA BANK & TRUST COMPANY
ITASCA, ILLINOIS
071922115
FOR DEPOSIT ONLY
714-320-001

May 21 08 10:15a

p.3