# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| v. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE, ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

## EUGENE WHITE'S FIRST REQUEST TO PRODUCE DOCUMENTS

Defendant Eugene White, by his attorneys, Quinlan & Carroll, Ltd., requests that Plaintiff Lisa K. Fishering produce the following documents within 30 days of service hereof, pursuant to Rule 34 of the Federal Rules of Civil Procedure. Mr. White additionally requests that Plaintiff thereafter supplement each answer and response as required by Rule 26 of the Federal Rules of Civil Procedure.

## DEFINITIONS

1. "You" and "your" means Plaintiff, her agents, employees, and all persons who have acted or purported to act on her behalf.

2. "Document" shall mean any kind of written, recorded or graphic matter, however produced or reproduced, of any kind or description, whether sent or received or neither, including originals, nonidentical copies (whether differing from the originals because of marginal notes or other material inserted therein or attached thereto, or otherwise), drafts and both sides thereof, and including, but not limited to: 1) agreements, 2) books, 3) charts, 4) correspondence, 5) contracts, 6) computer input and output, 7) diaries, 8) inter and intra office communications, 9) invoices, 10)

254761v1

letters, 11) memoranda, 12) medical records, 13) notes and notations, 14) papers and work papers, 15) records, 16) recordings of telephone and other conversations or interviews, of conferences or other meetings, 17) reports, 18) studies, 19) statements, 20) summaries, 21) statistical records, 22) sound recordings, 23) tabulations, 24) telexes, 25) telegrams, 26) cables, 27) transcripts, 28) minutes, 29) affidavits, 30) opinions, 31) analyses, 32) evaluations, 33) ledgers, 34) journals, 35) desk calendars, 36) appointment books, 37) lists, 38) data processing records, 39) microfilms or microfiche, 40) photographs, 41) maps, 42) charts, 43) accounts, 44) financial statements and reports thereof, 45) all records kept by electronic, photographic, or mechanical means, and 46) things similar to any kind of the foregoing, however, denominated.

3. "Identify" or "identity" when used with regard to a person, partnership, corporation, or business entity, means to give the name, nature of the business entity, present or last known address and telephone number and also, if an individual, their full name, occupation and title, the present or last known address and last known employer, the address of the employer, and the position and job title of the person.

4. "Identify" or "identity" when used with regard to a document means to give the type of document (*e.g.*, letter, memorandum, telegram, chart, report, etc.), the date, author, addressee, file and/or identifying number, and the name and address of its custodian and the custodians of all copies or, if the document no longer exists, the date on which and the reason for which it was destroyed and by whom.

5. The term "person" shall include an individual, a partnership, a corporation, and any association of persons.

6. The words "and" and "or" shall be construed conjunctively or disjunctively as necessary to bring within these interrogatories all information that might otherwise be construed as outside their scope.

7. The masculine pronoun "he" shall not be limited to persons of the male gender, and shall mean "he" or "she" throughout.

## INSTRUCTIONS

1. <u>Continuing Responses</u>. These requests for production shall be deemed to be continuing in nature, and if, after serving your answers, additional documents become known or available to you that are responsive to these requests, then you are required to serve supplementary responses in a timely fashion.

2. <u>Work Product or Privilege</u>. With respect to each document, oral statement or communication which you claim is privileged or subject to the work product doctrine, identify the document, statement or communication to the fullest extent possible, including the date, maker and recipient, the general subject matter, and the basis of the claim of privilege or work product.

## DOCUMENT REQUESTS

1. Any and all documents relating to the work Plaintiff was hired to perform for Eugene White or Michele White including but not limited to, invoices, estimates, contracts, checks written by Plaintiff and/or Whizbang, checks written to Plaintiff and/or Whizbang, email communication, written communication, notes, correspondence, and telephone messages.

2. Any and all books and records of Plaintiff's business from October 2006 to the present.

3. Any and all documents received by Plaintiff and/or Whizbang from Walter E. Smithe, Pottery Barn, Neiman Marcus or Montgomery Ward relating to the work Plaintiff was performing for Eugene and Michele White.

4. Any and all bank records and statements for any account held by Plaintiff and/or Whizbang from October 2006 to the present.

5. Any and all credit card statements for Plaintiff and/or Whizbang from October 2006 to the present.

6. Any and all documents that support Plaintiff's claim that she suffered damage as a result of the alleged defamation.

7. Any and all documents that Plaintiff intends to introduce at trial.

Dated: May 30, 2008

Respectfully submitted,

EUGENE WHITE

By: _____
One of His Attorneys

Martin J. O'Hara
QUINLAN & CARROLL, LTD.
30 North LaSalle Street
Suite 2900
Chicago, Illinois 60602
(312) 263-0900
Firm I.D. No. 38600

254761v1                                    4

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that she caused a true and correct copy of the foregoing **CERTIFICATE OF SERVICE** together with **EUGENE WHITE'S FIRST REQUEST TO PRODUCE DOCUMENTS** to be served upon:

> Steven J. Rosenberg
> Abeer H. Zanayed
> Steven J. Rosenberg, P.C.
> Attorneys for Plaintiff Lisa K. Fishering
> 53 West Jackson Boulevard, Suite 224
> Chicago, IL 60604
>
> Alec Meacham McAusland
> Assistant Corporation Counsel
> Individual Defense Litigation Division
> City of Chicago Law Department
> Attorney for Defendants Terance Nalls & James Spratte
> 30 N. LaSalle Street, Room 1400
> Chicago, IL 60602
>
> Robert Rutherford
> Megan K. McGrath
> Corporation Counsel
> City of Chicago, Law Department
> Attorneys for Defendant City of Chicago
> 30 N. LaSalle Street, Room 1400
> Chicago, IL 60602

via U.S. MAIL, first-class postage prepaid, from 30 North LaSalle Street, Chicago, Illinois, on May 30, 2008 before the hour of 5:00 p.m.

_____

SUBSCRIBED AND SWORN TO
before me this 30th day of May 2008.

_____
Notary Public

254397v1

OFFICIAL SEAL
JACQUELINE J WALSKO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/22/10