# EXHIBIT 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | Judge Der-Yeghiayan |
| ) | |
| vs. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE TO EUGENE WHITE'S
## FIRST REQUEST TO PRODUCE DOCUMENTS

Plaintiff, Lisa K. Fishering, by her attorneys, responds to defendant Eugene White's First Request to Produce Documents as follows:

1. Any and all documents relating to the work Plaintiff was hired to perform for Eugene White or Michele White including but not limited to, invoices, estimates, contracts, checks written by Plaintiff and/or Whizbang, checks written to Plaintiff and/or Whizbang, email communication, written communication, notes, correspondence, and telephone messages.

**RESPONSE:** See documents attached and labeled LF-001 through LF-066. Plaintiff is still in the process of compiling documents that may be responsive to this request and reserves the right to supplement this response at a later date.

2. Any and all books and records of Plaintiff's business from October 2006 to the present.

**RESPONSE:** Plaintiff objects to Request to Produce No. 2 on the basis that it is overbroad and not reasonably calculated to lead to the discovery of admissible evidence.

3. Any and all documents received by Plaintiff and/or Whizbang from Walter E. Smite, Pottery Barn, Neiman Marcus or Montgomery Ward relating to the work Plaintiff was performing for Eugene and Michele White.

**RESPONSE:** See documents attached and labeled LF-003, LF-013, LF-014, LF-019 through LF-030, LF-047, LF-048, LF-049, LF-050 and LF-051. Plaintiff is still in the process of compiling documents that may be responsive to this request and reserves the right to supplement this response at a later date.

4. Any and all bank records and statements for any account held by Plaintiff and/or Whizbang from October 2006 to the present.

**RESPONSE:** Plaintiff objects to Request to Produce No. 4 on the basis that it is overbroad and not reasonably calculated to lead to the discovery of admissible evidence.

5. Any and all credit card statements for Plaintiff and/or Whizbang from October 2006 to the present.

**RESPONSE:** Plaintiff objects to Request to Produce No. 5 on the basis that it is overbroad and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving this objection, Plaintiff directs Defendant's attention to the documents attached and labeled LF-061 through LF-066.

6. Any and all documents that support Plaintiff's claim that she suffered damage as a result of the alleged defamation.

**RESPONSE:** See documents attached and labeled LF-005 through LF-008.

7. Any and all documents that Plaintiff intends to introduce at trial.

**RESPONSE:** See documents attached and labeled LF-001 through LF-066. Plaintiff is still in the process of compiling documents that may be responsive to this request and reserves the right to supplement this response at a later date.

                                                       Respectfully Submitted:

                                                       STEVEN J. ROSENBERG, P.C.
                                                       Attorneys for Plaintiff

Charles E. McElvenny
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| vs. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

TO:	Martin O'Hara	Alec McAusland
	Quinlan & Carroll, Ltd.	Assistant Corporation Counsel
	30 N. LaSalle St., #2900	City of Chicago Law Department
	Chicago, IL 60602	30 N. LaSalle St., #1400
		Chicago, IL 60602

	Megan K. McGrath
	Assistant Corporation Counsel
	30 N. LaSalle St., #1400
	Chicago, IL 60602

I, an attorney, state that I served a copy of the **Plaintiff's Response to Eugene White's Request to Produce Documents** on the above named persons by depositing same in a U.S. Mailbox, proper postage prepaid, on this 1st day of July 2008 before 5:00 P.M.

_____
STEVEN J. ROSENBERG, P.C.
Attorneys for Plaintiff

Charles E. McElvenny
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400