EXHIBIT 6 (part 1)



| | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| Payments and Credits | | | | | | 10,000.00 CR |
| PAYMENT - THANK YOU | 01/08 | | | | | |
| Purchases and Adjustments | | | | | | |
| WALTER E SMITHE FUR  6308604795  IL | 01/02 | 12/29 | 8861 | 0190 | C | 7,805.29 |

12   0124375200036600010666620005490998464000190

FIA CARD SERVICES
P.O. BOX 15713
WILMINGTON, DE 19886-5713

1 0077482 07642 0000000001 VSE111N  00001-16
RICHARD B FISHERING
515 W OAKDALE DR
FORT WAYNE IN  46807-1607-153



ACCOUNT NUMBER:
NEW BALANCE TOTAL:
PAYMENT DUE DATE: 02/02/07

Mail this payment coupon along with a check or money order payable to: FIA CARD SERVICES

:524022250:  1593846400019011

LF-061

708 3719841

Prepared for: ███████ ████SHERING

February 2007 Statement
Credit Line: ███████
Cash or Credit Available: ███████

**FIA CARD SERVICES**

Customer Service
For Information on Your Account Visit:
www.fiacardservices.com
Mail Payments to:
FIA CARD SERVICES
P.O. BOX 15713
WILMINGTON, DE 19886-5713
Mail Billing Inquiries to:
FIA CARD SERVICES
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-223-7046
TDD hearing-impaired 1-800-346-3178

### Account Information

**Summary of Transactions**
- Previous Balance
- Payments and Credits  −
- Cash Advances  +
- Purchases and Adjustments  +
- Periodic Rate Finance Charges  +
- Transaction Fee Finance Charges  +
- New Balance Total

**Billing Cycle and Payment Information**
- Days In Billing Cycle: 30
- Closing Date: 02/12/07
- Payment Due Date: 03/04/07
- Current Payment Due
- Past Due Amount: $0.00
- Total Minimum Payment Due

### Transactions

| Payments and Credits | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| PAYMENT - ONLINE EXPRESS | 02/02 | | | | | |
| **Cash Advances** | | | | | | |
| DIRECT DEPOSIT BALANCE TRANSFER | 01/24 | 01/24 | 4948 | | A | |
| BALANCE TRANSFER TRANSACTION FEE | 01/24 | 01/24 | 4948 | | A | |
| **Purchases and Adjustments** | | | | | | |
| ███████ | 01/16 | 01/12 | 5265 | 0190 | C | |
| ███████ | 01/16 | 01/13 | 7162 | 0190 | C | |
| LAMPS PLUS #52   818-8865267 CA | 01/16 | 01/13 | 6809 | 0190 | C | 44.94 |
| LAMPS PLUS #52   818-8865267 CA | 01/16 | 01/13 | 7039 | 0190 | C | 334.78 |
| ███████ | 01/16 | 01/15 | 5631 | 0190 | C | |
| ███████ | 01/17 | 01/16 | 2685 | 0190 | C | |
| ███████ | 01/17 | 01/16 | 2425 | 0190 | C | |
| ███████ | 01/18 | 01/17 | 9665 | 0190 | C | |
| ███████ | 01/18 | 01/17 | 0171 | 0190 | C | |
| ███████ | 01/19 | 01/17 | 8324 | 0190 | C | |
| ███████ | 01/20 | 01/18 | 0059 | 0190 | C | |
| NANCY CORZINE   312-645-4500 IL | 01/20 | 01/18 | 2129 | 0190 | C | |
| ███████ | 01/20 | 01/18 | 5512 | 0190 | C | 1,017.50 |
| ███████ | 01/22 | 01/19 | 7976 | 0190 | C | |
| ███████ | 02/01 | 01/31 | 5194 | 0190 | C | |
| FABRICADE   6315637400 NY | 02/02 | 01/31 | 0195 | 0190 | C | 171.55 |
| FABRICADE   6315637400 NY | 02/02 | 01/31 | 0294 | 0190 | C | 48.70 |
| FABRICADE   6315637400 NY | 02/06 | 02/06 | 0037 | 0190 | C | 168.60 |
| ███████ | 02/08 | 02/07 | 5375 | 0190 | C | |
| ███████ | 02/12 | 02/10 | 7828 | 0190 | C | |
| CREDIT PROTECTION PLUS | 02/12 | 02/12 | 500A | | C | |

---

12  028553120007360000003█████████

FIA CARD SERVICES
P.O. BOX 15713
WILMINGTON, DE 19886-5713

1 0026463 08053 0000000001 USE111   00002-15

███████SHERING
███████DALE DR
███████ IN  46807-1807-153

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: ███████
NEW BALANCE TOTAL: ███████
PAYMENT DUE DATE: 03/04/07
TOTAL MINIMUM PAYMENT DUE: $738.00

Enter Payment Amount Enclosed: $

Mail this payment coupon along with a check or money order payable to: FIA CARD SERVICES

Page 1 of 4

652402250██  159384640001901█

LF-062

**National City**

PO BOX 2348  #KA16F5
KALAMAZOO MI 49003-2349

New Balance
Total Amount Due
Due Date                 02/20/07
Account Number

⸻800016400

Total Enclosed    $

Address or Email change? Print new address on back of statement.
By mail, your payment may take 5-7 days to reach us.

PLEASE MAKE CHECK PAYABLE TO:

NATIONAL CITY
P.O. BOX 856176
LOUISVILLE, KY 40285-6176

⸻ING                                15533
⸻612
⸻660-1812

⁜631⁜  ⁜5000⁜0080⁜:  ⁜967530124706⁜  001

## elite

Elite Visa
Credit Card Account

At Your Service: 800-282-7541

NationalCity.com/CardServices
Make payments, review transactions and more!

Mail payments to: National City
P.O. BOX 856176 , LOUISVILLE, KY 40285-6176

### Account Summary

| | | |
|---|---|---|
| Previous Balance | | |
| Payments/Credits | − | |
| Purchases/Debits | + | $0.00 |
| Cash Advances | + | $0.00 |
| Finance Charges | + | |
| New Balance | = | |
| Minimum Payment Due | | |
| Total Amount Due | = | |

| | |
|---|---|
| Credit Limit | |
| Available Credit | |
| Available for Cash Advance | |
| Statement Closing Date | 01/29/07 |
| Payment Due Date | 02/20/07 |

### Transactions

| TranDate | PostDate | Reference Number | Description | Debits | Credits |
|---|---|---|---|---|---|
| 01/26 | 01/26 | 24692160900K5ANZ3V | POTTERY BARN KIDS E-OO 800-290-8181 CA | 1,371.49 | |

### Finance Charge Summary

| | Corresponding Annual Percentage Rate (APR) | Daily Periodic Rate (may vary) | X | Days in Billing Period | X | Avg. Daily Balance Subject to Finance Charge | = | Finance Charge for This Period |
|---|---|---|---|---|---|---|---|---|
| Purchases | | | | | | | | |
| Previous Cycle Purchases | 24.90% | .06822% | x | 30 | x | $0.00 | = | $0.00 |
| Current Cycle Purchases | 24.90% | .06822% | x | 32 | x | $0.00 | = | $0.00 |
| Cash Advances | | | | | | | | |
| Cash Advances | 24.90% | .06822% | x | 32 | x | $0.00 | = | $0.00 |

Annual Percentage Rate = 24.90%     Total Finance Charge    $0.00

6376  9006  PFD     1    7  29  070129            Page 2 of 2            5624  5G08  VI2R  01AH5278    15533

LF-063