EXHIBIT 6 (part 2)

Case 1:07-cv-06650 Document 54-8 Filed 07/15/2008 Page 1 of 4

Prepared for: ▉▉▉ FISHERING

March 2007 Statement
Credit Line: ▉▉▉
Cash or Credit Available: ▉▉▉

**FIA CARD SERVICES**

Customer Service
For Information on Your Account Visit
www.fiacardservices.com
Mail Payments to:
FIA CARD SERVICES
P.O. BOX 15713
WILMINGTON, DE 19886-5713
Mail Billing Inquiries to:
FIA CARD SERVICES
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-223-7046
TDD hearing-impaired 1-800-346-3178

### Account Information

**Summary of Transactions**
- Previous Balance ▉▉▉
- Payments and Credits − ▉▉▉
- Cash Advances + $0.00
- Purchases and Adjustments + ▉▉▉
- Periodic Rate Finance Charges + ▉▉▉
- Transaction Fee Finance Charges + $0.00
- New Balance Total ▉▉▉

**Billing Cycle and Payment Information**
- Days in Billing Cycle: 30
- Closing Date: 03/14/07
- Payment Due Date: 04/03/07
- Current Payment Due: ▉▉▉
- Past Due Amount + $0.00
- Total Minimum Payment Due: ▉▉▉

### Transactions

| Payments and Credits | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| PAYMENT - ONLINE EXPRESS | 03/05 | | | | | ▉▉▉ |
| | 03/12 | | 0116 | 0190 | | |

**Purchases and Adjustments**

| | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| FISHMANS FABRICS INC CHICAGO IL | 03/12 | 03/09 | 0279 | 0190 | C | 581.44 |

### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. Balance Transfers, Checks | 0.068465% DLY | 24.99% | ▉▉▉ |
| B. ATM, Bank | 0.068465% DLY | 24.99% | $0.00 |
| C. Purchases | 0.068465% DLY | 24.99% | ▉▉▉ |

Annual Percentage Rate for this Billing Period: 24.99%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)



12  0276A108000901000040000000▉▉▉

FIA CARD SERVICES
P.O. BOX 15713
WILMINGTON, DE 19886-5713

1 0031461 19332 0609000001 UEE111  00003-17

▉▉▉ FISHERING
▉▉▉
IN  46807-1807-153

☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: ▉▉▉
NEW BALANCE TOTAL: ▉▉▉
PAYMENT DUE DATE: 04/03/07
TOTAL MINIMUM PAYMENT DUE: $001.00

Enter Payment Amount Enclosed
$ _____

Mail this payment coupon along with a check or money order payable to: FIA CARD SERVICES




⑆5240222500⑆ 15938464000190⑈

LF-064



**National City**

PO BOX 2349 #KA16F5
KALAMAZOO MI 49003-2349

New Balance
Total Amount Due $314.00
Due Date 04/19/07
Account Number
Total Enclosed $

Address or Email change? Print new address on back of statement.
By mail, your payment may take 5-7 days to reach us.

FISHERING    24761
FT WAYNE IN 46860-1812

PLEASE MAKE CHECK PAYABLE TO:

NATIONAL CITY
P.O. BOX 856176
LOUISVILLE, KY 40285-6176

⑈431⑈ ⑆5000⑆0080⑈ 1967530124706⑈ 001

**points**

Elite Visa
Credit Card Account

At Your Service: 800-262-7541

NationalCity.com/CardServices
Make payments, review transactions and more!

Mail payments to: National City
P.O. BOX 856176, LOUISVILLE, KY 40285-6176

### Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | | Credit Limit | |
| Payments/Credits | | Available Credit | |
| Purchases/Debits | | Available for Cash Advance | |
| Cash Advances | $0.00 | Statement Closing Date | 03/26/07 |
| Finance Charges | $0.00 | Payment Due Date | 04/19/07 |
| New Balance | | | |
| Minimum Payment Due | | | |
| Total Amount Due | | | |

### Transactions

| TranDate | PostDate | Reference Number | Description | Debits | Credits |
|---|---|---|---|---|---|
| 02/27 | | | | | |
| 03/01 | 03/01 | 24416001W1PYEPFGNV | NM ONLINE 866-8584757 TX | 4,041.24 | |
| 03/07 | 03/07 | 24416002Z1XFD2FBXV | HORCHOW *50700386 800-4567000 TX | 850.71 | |
| 03/08 | 03/08 | 24492792A3DWMMM1XV | Z GALLERIE #39 CHICAGO IL | 1,960.00 | |
| 03/09 | 03/09 | 24416002Z1ZB089NQV | HORCHOW *50700386 800-4567000 TX | 363.80 | |
| 03/23 | 03/23 | 24332392L66KTMEL0V | FISHMANS FABRICS INC 312-9227250 IL | 115.76 | |

LF-065

| Prepared for: ▮▮▮ FISHERING | June 2007 Statement<br>Credit Line: ▮▮▮<br>Cash or Credit Available: ▮▮▮ | **FIA CARD SERVICES** |
|---|---|---|
| | | Customer Service<br>For Information on Your Account Visit:<br>www.fiacardservices.com |

### Account Information

| Summary of Transactions | | Billing Cycle and Payment Information | |
|---|---|---|---|
| Previous Balance | ▮▮▮ | Days in Billing Cycle | 31 |
| Payments and Credits | – ▮▮▮ | Closing Date | 06/14/07 |
| Cash Advances | $0.00 | | |
| Purchases and Adjustments | + ▮▮▮ | Payment Due Date | 07/09/07 |
| Periodic Rate Finance Charges | + ▮▮▮ | Current Payment Due | ▮▮▮ |
| Transaction Fee Finance Charges | + $0.00 | Past Due Amount | + $0.00 |
| New Balance Total | ▮▮▮ | Total Minimum Payment Due | ▮▮▮ |

Mail Payments to:
FIA CARD SERVICES
P.O. BOX 15726
WILMINGTON, DE 19886-5726
Mail Billing Inquiries to:
FIA CARD SERVICES
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-223-7046
TDD hearing-impaired 1-800-346-3178

### Transactions

| | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| PAYMENT - ONLINE EXPRESS | 05/16 | | | | | ▮▮▮ |
| **Purchases and Adjustments** | | | | | | |
| LAMPS PLUS #52    818-8865267 CA | 05/21 | 05/19 | 5642 | 0190 | C | 299.82 |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | 0190 | C | 127.10 |
| FABRICADE    6315637400 NY | 06/08 | 06/04 | 0237 | 0190 | | ▮▮ |



### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. Balance Transfers, Checks | 0.068465% DLY | 24.99% | |
| B. ATM, Bank | 0.068465% DLY | 24.99% | $0.00 |
| C. Purchases | 0.068465% DLY | 24.99% | ▮▮▮ |

Annual Percentage Rate for this Billing Period: 24.99%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)

---

12    04422211001353000021 ▮▮▮▮▮

FIA CARD SERVICES
P.O. BOX 15726
WILMINGTON, DE 19886-5726

1 003746B 10389 0000000001 USE111   00006-17

▮▮▮ FISHERING
▮▮▮ WAYNE IN   46807-1807-153

Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: ▮▮▮
NEW BALANCE TOTAL ▮▮▮
PAYMENT DUE DATE: 07/09/07



TOTAL MINIMUM PAYMENT DUE
$1,353.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a
check or money order payable to: FIA CARD SERVICES



Page 1 of 2

⑆5240 22250⑆   15938464000190⑈

LF-066