# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6650 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Lisa K Fishering vs. City Of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing reset to 10/28/08 at 9:00 a.m. Status hearing set for 09/10/08 is hereby stricken. Discovery and dispositive motion schedule previously set is hereby extended as follows: All discovery shall be noticed in time to be completed by 10/24/08. Dispositive motions are to be filed by 11/21/08. Responses to the dispositive motions, if any, are to be filed by 12/05/08 and replies, if any, are to be filed by 12/12/08. Firm Dates. Plaintiff's motion to compel Defendant City of Chicago's responses to discovery and for entry of an agreed protective order [52] is hereby denied without prejudice. Defendant Eugene White's motion to compel [54] is denied without prejudice. Defendant City of Chicago's motion for protective order [56] is denied without prejudice. The Court hereby refers the instant action to the designated Magistrate Judge for discovery supervision, and all discovery motions.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|