## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lisa K Fishering

                Plaintiff,

v.                                                      Case No.: 1:07−cv−06650
                                                   Honorable Samuel Der−Yeghiayan

City Of Chicago, et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Nan R. Nolan for the purpose of holding proceedings related to: Discovery Supervision and all Discovery Motions. (mw, ) Mailed notice.

Dated: July 23, 2008

                                                                         /s/ Samuel Der−Yeghiayan

                                                                           United States District Judge