IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, JAMES SPRATTE, )<br>TERANCE NALLS and EUGENE WHITE, )<br>)<br>Defendants. ) | Judge Der-Yeghiayan<br>Case No. 07 C 6650<br><br>Magistrate Judge Nolan |

### RE-NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on Tuesday, July 29, 2008, at 9:00 a.m., we shall appear before the Honorable Magistrate Judge Nan R. Nolan in Room 1858, or any judge sitting in her stead in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Eugene White's Motion to Compel**, a copy of which was previously served upon you.

Dated: July 23, 2008

Respectfully submitted,

EUGENE WHITE

By:   /s/Martin J. O'Hara
Martin J. O'Hara, #6229971
Attorney for Defendant
Quinlan & Carroll, Ltd.
30 N. LaSalle Street, Suite 2900
Chicago, IL 60602
phone: (312) 263-0900
fax: (312) 263-5013
email: mohara@qclaw.com

255528v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I electronically filed this **RE-NOTICE OF MOTION** with the Clerk of the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all parties listed on the attached Service List:

/s/Martin J. O'Hara
Martin J. O'Hara, #6229971
Attorney for Defendant
Quinlan & Carroll, Ltd.
30 N. LaSalle Street, Suite 2900
Chicago, IL 60602
phone: (312) 263-0900
fax: (312) 263-5013
email: mohara@qclaw.com

## SERVICE LIST

Steven J. Rosenberg
Abeer H. Zanayed
Steven J. Rosenberg, P.C.
Attorneys for Plaintiff Lisa K. Fishering
53 West Jackson Boulevard, Suite 224
Chicago, IL 60604
(312) 362-0400
(312) 431-8694 (fax)
email: stevenj@sjrosenberg.com


Alec Meacham McAusland
Assistant Corporation Counsel
Individual Defense Litigation Division
City of Chicago Law Department
Attorney for Defendants Terance Nalls & James Spratte
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-6437
email: amcausland@cityofchicago.org


Robert Rutherford
Megan K. McGrath
Corporation Counsel
City of Chicago, Law Department
Attorneys for Defendant City of Chicago
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-7036
email: robert.rutherford@cityofchicago.org
email: megan.mcgrath@cityofchicago.org