UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LISA K. FISHERING,                          )
                                            )
        Plaintiff,                          )
                                            )       Judge Der-Yeghiayan
vs.                                         )       Case No. 07 C 6650
                                            )
CITY OF CHICAGO, JAMES SPRATTE  )           Magistrate Judge Nolan
TERANCE NALLS and EUGENE WHITE, )
                                            )
        Defendants.                         )

**NOTICE OF MOTION**

TO:    Martin O'Hara                        Alec McAusland
       Quinlan & Carroll, Ltd.             Assistant Corporation Counsel
       30 N. LaSalle St., #2900            Megan K. McGrath
       Chicago, IL 60602                   Assistant Corporation Counsel
                                           30 N. LaSalle Street, Suite 1400
                                           Chicago, IL 60602

Please take notice that on the 24th day of July 2008 at the hour of 4:00 P.M.., I shall appear before the Honorable Magistrate Judge Nan Nolan in courtroom 1858 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and, then and there, shall present **Motion to Compel Defendant City of Chicago's Responses to Discovery and for Entry of an Agreed Protective Order**, a copy of which is hereby served upon you.

STEVEN J. ROSENBERG, P.C.
Attorneys for Plaintiff

**PROOF OF SERVICE**

I, an attorney, state that I served a copy of this Notice by electronic means to the person(s) named above on this 23rd day of July 2008.

STEVEN J. ROSENBERG, P.C.
Attorneys for Plaintiff

Abeer H. Zanayed
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard, Suite 224
Chicago, Illinois 60604
(312) 362-0400