IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA K. FISHERING, | ) | |
| | ) | NO. 07 C 6650 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Der-Yeghiayan |
| | ) | |
| CITY OF CHICAGO, JAMES SPRATTE, | ) | |
| TERANCE NALLS and EUGENE WHITE | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

**TO**:  Steven J. Rosenberg, Abeer H. Zanayed   Alec M. McAusland
Steven J. Rosenberg, P.C.   Assistant Corporation Counsel
53 West Jackson Blvd., Suite 224   30 North LaSalle Street, Suite 1400
Chicago, Illinois 60604   Chicago, Illinois 60602

Martin J. O'Hara
Quinlan & Carroll, Ltd.
30 North LaSalle Street, Suite 2900
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on July 23, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, this **AGREED MOTION FOR ENTRY OF A PROTECTIVE ORDER,** a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that on **July 24, 2007 at 4:00 p.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Nolan, or any judge sitting in her stead, in the courtroom occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the person named above this 23rd day of July, 2008.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-8369
Attorney No. 06288408