UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lisa K Fishering
                            Plaintiff,
v.                                              Case No.: 1:07−cv−06650
                                                Honorable Samuel Der−Yeghiayan
City Of Chicago, et al.
                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

MINUTE entry before the Honorable Nan R. Nolan:Motion hearing held. Defendant Eugene White's Motion to Compel [54] shall be briefed as follows: response to be filed by 08/01/08, reply brief is due by 08/05/08 by 12 noon. Ruling is set for 08/07/08 at 9:45 a.m.As discussed in open court, the parties are directed to meet and confer in good faith in an attempt to reach an agreement regarding the remaining portion of plaintiff's motion to compel [63] and turn over any documents prior to 08/07/08. Plaintiff's Motion to Compel and for Entry of Protective Order [63] and Defendant City of Chicago's Motion for Agreed Protective Order [64] are entered and continued.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.