IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA K. FISHERING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Der-Yeghiayan |
| v. | ) | Case No. 07 C 6650 |
| | ) | |
| CITY OF CHICAGO, JAMES SPRATTE, | ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO: See Attached Service List

PLEASE TAKE NOTICE that on August 4, 2008, we filed with the Clerk of the Northern District of Illinois, EUGENE WHITE'S REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL, a copy of which is hereby served upon you.

Dated: August 4, 2008

Respectfully submitted,

EUGENE WHITE

By: /s/Martin J. O'Hara
Martin J. O'Hara, #6229971
Attorney for Defendant
Quinlan & Carroll, Ltd.
30 N. LaSalle Street, Suite 2900
Chicago, IL 60602
phone: (312) 263-0900
fax: (312) 263-5013
email: mohara@qclaw.com

255687v1

## CERTIFICATE OF SERVICE

    I hereby certify that on August 4, 2008, I electronically filed this NOTICE OF FILING and EUGENE WHITE'S REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL with the Clerk of the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all parties listed on the attached Service List:

    /s/Martin J. O'Hara
    Martin J. O'Hara, #6229971
    Attorney for Defendant
    Quinlan & Carroll, Ltd.
    30 N. LaSalle Street, Suite 2900
    Chicago, IL 60602
    phone: (312) 263-0900
    fax: (312) 263-5013
    email: mohara@qclaw.com

## SERVICE LIST

Steven J. Rosenberg
Abeer H. Zanayed
Steven J. Rosenberg, P.C.
Attorneys for Plaintiff Lisa K. Fishering
53 West Jackson Boulevard, Suite 224
Chicago, IL 60604
(312) 362-0400
(312) 431-8694 (fax)
email: stevenj@sjrosenberg.com


Alec Meacham McAusland
Assistant Corporation Counsel
Individual Defense Litigation Division
City of Chicago Law Department
Attorney for Defendants Terance Nalls & James Spratte
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-6437
email: amcausland@cityofchicago.org


Robert Rutherford
Megan K. McGrath
Corporation Counsel
City of Chicago, Law Department
Attorneys for Defendant City of Chicago
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-7036
email: robert.rutherford@cityofchicago.org
email: megan.mcgrath@cityofchicago.org