# EXHIBIT C

## Martin J. O'Hara

**From:**    Martin J. O'Hara
**Sent:**    Friday, August 15, 2008 9:07 AM
**To:**    'Charles McElvenny'
**Subject:** RE: Fishering v. City of Chicago, et al., Case No. 07-cv-06650

Charlie,

Your August 14 letter is meaningless. Judge Nolan's order was clear and succinct. Judge Nolan ordered:

"Fishering has until August 14, 2008 to produce records, receipts and statements from the White transaction totaling $55,535.51. If she is unable to do so, then she must produce all bank records and credit card statements relating to Lisa K. Fishering and/or her business from October 2006 to the present."

Your letter implicitly concedes that Fishering has not produced, and cannot produce, records, receipts and statements from the White transaction totaling $55,535.51. Therefore, pursuant to Judge Nolan's order, Fishering was required to produce all bank records and credit card statements relating to Lisa K. Fishering and/or her business from October 2006 to the present. However, Fishering has not done so. Therefore, she is in violation of Judge Nolan's order.

You have to the close of business today to represent that all bank records and credit card statements relating to Lisa K. Fishering and/or her business from October 2006 to the present will be produced by the close of business Monday. If you do not make this representation, we will file a rule to show cause against your client first thing Monday morning. We are not going to play games with Ms. Fishering. She brought this lawsuit, and she is either going to comply with the Court's orders voluntarily, or we will seek to have the orders enforced by the Court. It is that simple.

Martin J. O'Hara
Quinlan & Carroll, Ltd.
30 N. LaSalle Street, Suite 2900
Chicago, IL 60602
(312) 917-8491
(312) 263-5013 (fax)
mohara@qclaw.com

8/18/2008