IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| v. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE, ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:   See Attached Service List

PLEASE TAKE NOTICE that on August 18, 2008, we filed with the Clerk of the Northern District of Illinois, EUGENE WHITE'S PETITION FOR RULE TO SHOW CAUSE, a copy of which is hereby served upon you.

Dated: August 18, 2008           Respectfully submitted,

                                 EUGENE WHITE

                         By:   /s/Martin J. O'Hara
                               Martin J. O'Hara, #6229971
                               Attorney for Defendant
                               Quinlan & Carroll, Ltd.
                               30 N. LaSalle Street, Suite 2900
                               Chicago, IL 60602
                               phone: (312) 263-0900
                               fax: (312) 263-5013
                               email: mohara@qclaw.com

255859v1

## CERTIFICATE OF SERVICE

    I hereby certify that on August 18, 2008, I electronically filed this NOTICE OF FILING and EUGENE WHITE'S PETITION FOR RULE TO SHOW CAUSE with the Clerk of the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all parties listed on the attached Service List:

/s/Martin J. O'Hara  
Martin J. O'Hara, #6229971  
Attorney for Defendant  
Quinlan & Carroll, Ltd.  
30 N. LaSalle Street, Suite 2900  
Chicago, IL 60602  
phone: (312) 263-0900  
fax: (312) 263-5013  
email: mohara@qclaw.com

## SERVICE LIST

Steven J. Rosenberg
Abeer H. Zanayed
Steven J. Rosenberg, P.C.
Attorneys for Plaintiff Lisa K. Fishering
53 West Jackson Boulevard, Suite 224
Chicago, IL 60604
(312) 362-0400
(312) 431-8694 (fax)
email: stevenj@sjrosenberg.com


Alec Meacham McAusland
Assistant Corporation Counsel
Individual Defense Litigation Division
City of Chicago Law Department
Attorney for Defendants Terance Nalls & James Spratte
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-6437
email: amcausland@cityofchicago.org


Robert Rutherford
Megan K. McGrath
Corporation Counsel
City of Chicago, Law Department
Attorneys for Defendant City of Chicago
30 N. LaSalle Street, Room 1400
Chicago, IL 60602
(312) 744-7036
email: robert.rutherford@cityofchicago.org
email: megan.mcgrath@cityofchicago.org