UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Der-Yeghiayan |
| vs. ) | Case No. 07 C 6650 |
| ) | |
| CITY OF CHICAGO, JAMES SPRATTE ) | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT EUGENE WHITE'S PETITION FOR RULE TO SHOW CAUSE**

Plaintiff responds to Defendant Eugene White's Petition for Rule to Show Cause as follows:

See attached.

Respectfully submitted,

_____
Charles E. McElvenny
Attorney for Plaintiff

Charles E. McElvenny
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400