UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lisa K Fishering
                        Plaintiff,

v.                                      Case No.: 1:07−cv−06650
                                          Honorable Samuel Der−Yeghiayan

City Of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Hearing held on Defendant Eugene White's Petition for Rule to Show Cause. Plaintiff is directed to produce by 09/02/08 unredacted bank records and credit card statements from October 2006 to November 2007, as stated in open court. Status report regarding document production due by 9/2/08. Status set for 9/4/08 at 9:00 a.m. The Petition [Doc. 75] is entered and continued.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.