# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:     07 C 6650

Lisa K. Fishering

vs.

City of Chicago, James Spratte, Terance Nalls & Eugene White

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

LISA K. FISHERING

---

NAME (Type or print)
Charles E. McElvenny

---

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
            s/Charles E. McElvenny

---

FIRM   Steven J. Rosenberg, P.C.

---

STREET ADDRESS 53 W. Jackson Boulevard, Suite 224

---

CITY/STATE/ZIP   Chicago, IL 60604

---

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6281350 | TELEPHONE  NUMBER (312) 362-0400 |
|---|---|

---

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

---

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

---

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N

---

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N

---

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                          APPOINTED COUNSEL