UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

LISA FISHERING,   )

)

Plaintiff,  ) Case No.  07 C 6650

v.   ) Judge Nan R. Nolan

)

CITY OF CHICAGO, et al.,   )

)

Defendants.  )

### AFFIDAVIT OF JAMES KNIBBS

I, James Knibbs, being first duly sworn on oath, state that if called as a witness, I can testify competently to the following facts upon personal knowledge:

1. That I am employed by the Cook County State's Attorney's Office as an assistant state's attorney.

2. That I am Supervisor of the Public Corruption and Financial Crimes Unit of the Special Prosecutions Bureau of the Cook County State's Attorney's Office.

3. That I am the immediate supervisor of Assistant State's Attorney David Coleman, that he is under my control in his duties as an assistant state's attorney, and that I personally reviewed the subpoena for deposition received by ASA Coleman in the case *Lisa K. Fishering v. City of Chicago, et al.*, Case Number 07 C 6650.

4. That in October 2007, I assigned ASA Coleman to the criminal investigation of Lisa Fishering after criminal charges of deceptive practices against Ms. Fishering were initially rejected by the Office. This ongoing investigation concerns Ms. Fishering's conduct in 2006 and 2007 regarding her receiving money from Eugene White for interior decorator work she allegedly failed to perform.

5. That this criminal investigation is ongoing, and that criminal charges may be brought against Ms. Fishering.

Exhibit B

6. That if the deposition of ASA Coleman were to proceed, I anticipate ASA Coleman to be questioned about the ongoing criminal investigation of Ms. Fishering.

7. That if ASA Coleman were compelled to reveal such information, the ongoing criminal investigation would be compromised, hindered, and/or thwarted.

FURTHER AFFIANT SAYETH NOT

JAMES KNIBBS

Subscribed and sworn to before me on

August 28, _____, 2008.

Notary Public

*Official Seal*
*Margaret Murray*
*Notary Public State of Illinois*
*My Commission Expires 12/29/2011*