**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LISA FISHERING, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6650 |
| v. | ) | Judge Nan R. Nolan |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Counsel of record

　　　PLEASE TAKE NOTICE that on September 9, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Nan R. Nolan in Courtroom 1858 in the United States District Court, 219 S. Dearborn, St., Chicago, Illinois, and present MOTION TO QUASH SUBPOENA, a copy of which is attached.

　　　　　　　　　　　　　　　　　　　　　　　Richard A. Devine
　　　　　　　　　　　　　　　　　　　　　　　State's Attorney of Cook County

　　　　　　　　　　　By:

　　　　　　　　　　　　　　/s/ John A. Ouska
　　　　　　　　　　　　　　Assistant State's Attorney
　　　　　　　　　　　　　　500 Richard J. Daley Center
　　　　　　　　　　　　　　Chicago, Illinois  60602
　　　　　　　　　　　　　　(312) 603-6461
　　　　　　　　　　　　　　No. 3127573

## CERTIFICATE OF SERVICE

　　　I , JOHN A. OUSKA, Assistant State's Attorney, hereby certify that the attached document was filed via the CM/ECF system in accordance with the Local Rules of the Northern District of Illinois on September 2, 2008.

　　　　　　　　　　　　　　/s/John A. Ouska
　　　　　　　　　　　　　　Assistant State's Attorney