UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA K. FISHERING,                )  |   |
|                                   )  |   |
|     Plaintiff,                    )  |   |
|                                   )  | Judge Der-Yeghiayan |
| vs.                               )  | Case No. 07 C 6650 |
|                                   )  |   |
| CITY OF CHICAGO, JAMES SPRATTE    )  | Magistrate Judge Nolan |
| TERANCE NALLS and EUGENE WHITE,   )  |   |
|                                   )  |   |
|     Defendants.                   )  |   |

## STATUS REPORT REGARDING OUTSTANDING DISCOVERY

Plaintiff Lisa K. Fishering hereby submits the following as her Status Report regarding Outstanding Discovery:

### Introduction

On November 27, 2007, plaintiff filed a three-count complaint alleging (1) unlawful arrest and imprisonment against defendants Spratte, Nalls and the City of Chicago; (2) intentional inflection of emotional distress against defendants Spratte and Nalls; and (3) defamation per se against Eugene White ("White").  On April 16, 2008, White filed a counterclaim against plaintiff alleging (1) breach of contract; (2) unjust enrichment; and (3) fraud.

### Documents Outstanding from Defendant City of Chicago

On March 11, 2008, pursuant to F.R.C.P. 33(a) and F.R.C.P 34(a), plaintiff served Interrogatories and Production Requests to defendant City of Chicago.  The documents and answers sought by Plaintiff go to the core of this proceeding.  Specifically, Plaintiff's written discovery was designed to obtain evidence concerning, but not limited to, (1) whether probable

cause existed; and (2) whether plaintiff's arrest and imprisonment were unlawful. As of the date of this filing, Plaintiff seeks the following outstanding discovery from the City of Chicago:

1) Rule 26(a)(1) disclosures;
2) Any and all documents relating to Officers Spratte and Nalls' general histories, training histories, and education/military histories;
3) Copies of the Complaint Register's summary sheets relating to Officers Spratte and Nalls;
4) A representation from the City of Chicago that it has produced every item in its possession and/or control evidencing probable cause, if any, to arrest Plaintiff;
5) Copies of orders and rules from the City of Chicago's Directive Index (a list of the specific orders and rules are attached hereto as Exhibit A).

Moreover, Plaintiff requests that this Court issue an order allowing Plaintiff to subpoena James Spratte, Terance Nalls, and Eugene White's telephone records from the time period of January 1, 2006 to the present.

## Documents Due to Defendant Eugene White

Plaintiff has produced the following documents for the time period October 2006 through November 2007 to defendant White in response to White's discovery requests and subsequent Court Orders regarding same:

1) Un-redacted copies of Visa and MasterCard credit card statements in the name of Richard B. Fishering, plaintiff's father and Whizbang, Inc.'s bookkeeper and secretary;
2) Un-redacted copies of American Express credit card statements for Whizbang, Inc.;
3) Un-redacted copies of Chase Bank statements for Whizbang Bags, Inc.;
4) Un-redacted copies of US Bank statements for Lisa K. Fishering;
5) Copy of Lisa K. Fishering's IRA Contribution Form 5498 for 2007.

These documents represent a complete and full disclosure of all of Lisa Fishering and Whizbang, Inc.'s credit card and bank statements for the period October 2006 through November 2007. As to White's requests for checks, Ms. Fishering is undertaking efforts to secure copies

3

from her bank as she does not have possession of those documents. Those documents will be produced upon receipt.

                                                    Respectfully submitted,

                                                    s/ Charles E. McElvenny
                                                    STEVEN J. ROSENBERG, P.C.
                                                    Attorneys for Plaintiff

Charles e. McElvenny
Abeer H. Zanayed
STEVEN J. ROSENBERG, P.C.
53 West Jackson Boulevard
Suite 224
Chicago, Illinois 60604
(312) 362-0400