**RULES & ORDERS FROM**
**CITY OF CHICAGO'S DIRECTIVE INDEX**

- GO 01-05
- SO 02-20
- DN 04-02
- GO 98-07, Ad. 3
- GO 02-03 (all attachments, including Ad. 1, Ad. 3, Ad. 5, Ad. 7, Ad. 7C, Ad. 8, Ad. 10)
- DN 00-61
- SO 04-16
- SO 03-13, Ad. 1
- PDSO 97-02
- SO 79-40
- GO 01-02
- GO 02-06
- GO 97-12
- PDSO 93-06
- PDSO 89-08
- GO 96-03
- SO 04-17, Ad. 5
- GO 92-01
- SO 03-01
- GO 06-01 (all attachments, including Ad. 3, Ad. 7, A, 6A)
- GO 93-03 (all attachments, including Ad. 1, Ad. 4, Ad. 5B)
- DN 06-37
- ASO 04-05
- PDSO 95-01
- PDSO 89-15
- PDSO 93-06
- PDSO 93-106
- GO 02-10 and GO 02-10, Ad. 1B
- GO 83-01
- GO 99-03

**Exhibit A**