# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Lisa K Fishering
               Plaintiff,

v.                                    Case No.: 1:07−cv−06650
                                        Honorable Samuel Der−Yeghiayan

City Of Chicago, et al.
               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 9/4/2008. Defendant White's Petition for Rule to Show Cause [75] is entered and continued. Respondent's Motion to Quash [82] set for 09/09/08 at 9:00 a.m. to stand.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.