UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Lisa K Fishering
                    Plaintiff,

v.                                          Case No.: 1:07−cv−06650
                                            Honorable Samuel Der−Yeghiayan

City Of Chicago, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2008:

    MINUTE entry before the Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 9/16/2008. Defendant White's Petition for Rule to Show Cause [75] is entered and continued. Respondent, David Coleman's motion to quash subpoena [82] is moot. Status hearing set for 10/28/2008 at 8:30 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.